B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Shakespeare Squared, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**02-0665526** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**626 Academy Drive**<br>**Northbrook, IL**<br>ZIP Code **60062** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                              Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Shakespeare Squared, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>   Signature of Attorney for Debtor(s)            (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                          Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
|---|
| **Shakespeare Squared, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Joseph E. Cohen**
Signature of Attorney for Debtor(s)

**Joseph E. Cohen 3123243**
Printed Name of Attorney for Debtor(s)

**Cohen & Krol**
Firm Name

**105 West Madison Street**
**Suite 1100**
**Chicago, IL 60602**

_____
Address

**Email: jcohen@cohenandkrol.com**
**312-368-0300  Fax: 312-368-4559**
Telephone Number

**February 13, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Kim Kleeman**
Signature of Authorized Individual

**Kim Kleeman**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**February 13, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Shakespeare Squared, LLC**                Case No. _____

                                      Debtor(s)           Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Academy Dr LLC / First Am. Properties**<br>**1731 N. Marcey Street**<br>**Suite 520**<br>**Attn:Mark Jordan**<br>**Chicago, IL 60614** | **Academy Dr LLC / First Am. Properties**<br>**1731 N. Marcey Street**<br>**Suite 520**<br>**Chicago, IL 60614** | **Rent** | | **5,534.35**<br><br>**(0.00 secured)** |
| **American Express Credit Card**<br>**PO. Box 0001**<br>**Los Angeles, CA 90096-0001** | **American Express Credit Card**<br>**PO. Box 0001**<br>**Los Angeles, CA 90096-0001** | **Credit Card** | | **4,831.40** |
| **Dollins, Dollins & Sorinsky, Ltd.**<br>**425 Huehl Rd**<br>**Building 21**<br>**Northbrook,, IL 60062** | **Dollins, Dollins & Sorinsky, Ltd.**<br>**425 Huehl Rd**<br>**Building 21**<br>**Northbrook,, IL 60062** | **Accounting fees** | | **8,006.81** |
| **Elizabeth Bagby**<br>**4541 N Whipple**<br>**Chicago, IL 60625-6570** | **Elizabeth Bagby**<br>**4541 N Whipple**<br>**Chicago, IL 60625-6570** | **Freelance Fees** | | **3,653.00** |
| **Glenview Office Equipment, Inc.**<br>**1940-A Lehigh Rd**<br>**Glenview, IL 60025** | **Glenview Office Equipment, Inc.**<br>**1940-A Lehigh Rd**<br>**Glenview, IL 60025** | **Office equiptment** | | **5,500.00** |
| **Gypsy Fleischman**<br>**5759 Barbara Drive**<br>**Fitchburg, WI 53711** | **Gypsy Fleischman**<br>**5759 Barbara Drive**<br>**Fitchburg, WI 53711** | **Freelance Fees** | | **8,585.00** |
| **Janene Hubbard Brenneman**<br>**17016 E. Costilla Ave.**<br>**Foxfield, CO 80016** | **Janene Hubbard Brenneman**<br>**17016 E. Costilla Ave.**<br>**Foxfield, CO 80016** | **Freelance Fees** | | **6,300.00** |
| **John Beer**<br>**5517 N. Paulina St.**<br>**#1**<br>**Chicago, IL 60640** | **John Beer**<br>**5517 N. Paulina St.**<br>**#1**<br>**Chicago, IL 60640** | **Freelance Fees** | | **5,925.00** |
| **Kathleen E Laya**<br>**318 Greenleaf Ave**<br>**Wilmette, IL 60091** | **Kathleen E Laya**<br>**318 Greenleaf Ave**<br>**Wilmette, IL 60091** | **Wage DOL** | | **33,489.72** |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Shakespeare Squared, LLC**                                    Case No.    _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Kathy R. Bretz<br>1619 Imperial Dr<br>Glenview, Il 60026 | Kathy R. Bretz<br>1619 Imperial Dr<br>Glenview, Il 60026 | Wages | | 7,742.40 |
| Macon Raine, Inc.<br>2380 A Prospect Drive<br>Aurora, IL 60504 | Macon Raine, Inc.<br>2380 A Prospect Drive<br>Aurora, IL 60504 | Marketing Fees | | 7,000.00 |
| Marcus, Boxerman &<br>Chatman, LLP<br>19 South Lasalle St<br>Suite 1500<br>Chicago, IL 60603 | Marcus, Boxerman & Chatman, LLP<br>19 South Lasalle St<br>Suite 1500<br>Chicago, IL 60603 | Attorney Fees | | 11,639.55 |
| Michael W Crockett<br>4534 N. Greenview Ave.<br>#3S<br>Chicago, IL 60640 | Michael W Crockett<br>4534 N. Greenview Ave.<br>#3S<br>Chicago, IL 60640 | Freelance Fees | | 3,764.00 |
| Raymond L Carlson<br>3340 W Lake Ave<br>Glenview, IL 60025 | Raymond L Carlson<br>3340 W Lake Ave<br>Glenview, IL 60025 | past rent | | 29,034.23 |
| Sabrina Indyk<br>600 N. Dearborn St.<br>#1508<br>Chicago, IL 60654 | Sabrina Indyk<br>600 N. Dearborn St.<br>#1508<br>Chicago, IL 60654 | Freelance Fees | | 8,872.00 |
| Sabrina Indyk<br>600 N. Dearborn St<br>#1508<br>Chicago, IL 60654 | Sabrina Indyk<br>600 N. Dearborn St<br>#1508<br>Chicago, IL 60654 | Freelance Fees | | 3,496.00 |
| Shelley Wake<br>8345 NW 66 St<br>#6154<br>Miami, FL 33166 | Shelley Wake<br>8345 NW 66 St<br>#6154<br>Miami, FL 33166 | Freelance Fees | | 15,148.00 |
| The Burling Group, LTD<br>2235 North Burling Street<br>Chicago, IL 60614 | The Burling Group, LTD<br>2235 North Burling Street<br>Chicago, IL 60614 | Claim Consulting | | 7,200.00 |
| The Executive Profit<br>1121 Lake Cook Rd<br>Suite F<br>Deerfield, IL 60015 | The Executive Profit<br>1121 Lake Cook Rd<br>Suite F<br>Deerfield, IL 60015 | Consulting fees | | 20,250.00 |
| Wildwood Ink, LLC<br>39486 S. Diamond Bay Dr .<br>Tucson, AZ 85739 | Wildwood Ink, LLC<br>39486 S. Diamond Bay Dr .<br>Tucson, AZ 85739 | Freelance Fees | | 5,232.50 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Shakespeare Squared, LLC**                                    Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **February 13, 2011**                 Signature   **/s/ Kim Kleeman**
                                                          **Kim Kleeman**
                                                          **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B6D (Official Form 6D) (12/07)

In re    **Shakespeare Squared, LLC**                                          ,    Case No. _____
                                      Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **30-624-CU** | | | | 2/11/2011 | | | | | |
| **Academy Dr LLC / First Am. Properties** 1731 N. Marcey Street Suite 520 Attn:Mark Jordan Chicago, IL 60614 | | - | | Rent | | | | | |
| | | | | Value $                0.00 | | | | 5,534.35 | 5,534.35 |
| Account No. **450588943001** | | | | Blanket lien on assets | | | | | |
| **Chase** PO Box 9001022 Louisville, KY 40290-1022 | | - | | Credit Line | | | | | |
| | | | | Value $            Unknown | | | | 82,116.60 | Unknown |
| Account No. **30010429** | | | | 2008 | | | | | |
| **Harris Bank** 111 W. Monroe St. 4th Floor West Special Asset Management Chicago, IL 60603 | | - | | Blanket lien on assets Credit Line | | | | | |
| | | | | Value $            Unknown | | | | 242,402.15 | Unknown |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

**_0_** continuation sheets attached

| | Subtotal (Total of this page) | 330,053.10 | 5,534.35 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 330,053.10 | 5,534.35 |

B6E (Official Form 6E) (4/10)

.

In re    **Shakespeare Squared, LLC**                                                    Case No. _____
_____,
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____30_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re **Shakespeare Squared, LLC**                                    , Case No. _____
                                   Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Adele-Marie Buis** 8141 Lake St. 60305 River Forest, IL 60305 | | - | 8/25/2010 Freelance Fees | | | | 195.00 | 0.00 195.00 |
| Account No. **Alexa Stipkala** 1512 Corcoran St. NW #21 Washington, DC 20009 | | - | 8/20/2010 Freelance Fees | | | | 100.00 | 0.00 100.00 |
| Account No. **Alexander Katsenelenbogen** 4604 Quince Orchard Rd. Gaithersburg, MD 20878 | | - | 10/4/2010 Freelance Fees | | | | 710.00 | 0.00 710.00 |
| Account No. **Amanda M Seldera** 303 S. Donald Arlington Heights, IL 60004 | | - | 11/22/2010 Freelance Fees | | | | 360.00 | 0.00 360.00 |
| Account No. **Amie Jane Leavitt** 911 S. 930 West Payson, UT 84651-3125 | | - | 10/18/2010 Freelance Fees | | | | 1,663.00 | 0.00 1,663.00 |

Sheet __1__ of __30__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 3,028.00 | 3,028.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Shakespeare Squared, LLC**                                            Case No. _____
                                                         ,
                                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Amita Roy Shah** <br> **4256 Cosenza Loop** <br> **San Jose, CA 95134** | - | | 11/12/2010 <br><br> **Freelance Fees** | | | | 524.00 | 0.00 <br><br> 524.00 |
| Account No. <br><br> **Amy Jorgensen** <br> **6201 Jamestown Court** <br> **Apt. D** <br> **Evansville, IN 47715** | - | | 8/12/2010 <br><br> **Freelance Fees** | | | | 125.00 | 0.00 <br><br> 125.00 |
| Account No. <br><br> **Amy Perry** <br> **642 Amsterdam Avenue** <br> **4B** <br> **New York, NY 10025** | - | | 11/1/2010 <br><br> **Freelance Fees** | | | | 1,040.00 | 0.00 <br><br> 1,040.00 |
| Account No. <br><br> **Andrea Kingston** <br> **34 Luella St** <br> **Rochester, NY 14609** | - | | 9/17/2010 <br><br> **Freelance Fees** | | | | 615.00 | 0.00 <br><br> 615.00 |
| Account No. <br><br> **Andrew Joiner** <br> **215 Central Street** <br> **Framingham, MA 01701** | - | | 11/30/2010 <br><br> **Freelance Fees** | | | | 150.00 | 0.00 <br><br> 150.00 |

Sheet __2__ of __30__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 2,454.00 | 2,454.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Shakespeare Squared, LLC**                                    , Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Angela Allison<br>110 SE Chicago<br>Blue Springs, MO 64014 | - | | 9/2/2010<br><br>Freelance Fees | | | | 370.00 | | 0.00<br><br>370.00 |
| Account No.<br><br>Annette P. Strauch<br>1348 S. Finley Rd<br>#1Q<br>Lombard, IL 60148 | - | | 10/26/2010<br><br>Freelance Fees | | | | 236.00 | | 0.00<br><br>236.00 |
| Account No.<br><br>Annika Smith<br>11901 Santa Monica Blvd.<br>383<br>Los Angeles, CA 90025 | - | | 8/11/2010<br><br>Freelance Fees | | | | 320.00 | | 0.00<br><br>320.00 |
| Account No.<br><br>Ashley Miers<br>1850 Taft Ave<br>#3<br>Hollywood, CA 90028 | - | | 8/31/2010<br><br>Freelance Fees | | | | 820.00 | | 0.00<br><br>820.00 |
| Account No.<br><br>Barbara Pettersen<br>1100 Swinburn Pl<br>Vernon Hills, IL 60061 | - | | 11/3/2010<br><br>Freelance Fees | | | | 928.00 | | 0.00<br><br>928.00 |

Sheet __3__ of __30__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal<br>(Total of this page) | 0.00<br><br>2,674.00 | 2,674.00 |
|---|---|---|---|

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re    **Shakespeare Squared, LLC**                                                    , Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | 9/22/2010 | | | | | |
| Beth LeBlanc 10384 E. Bristol Rd. Davison, MI 48423 | - | | | Freelance Fees | | | | | 0.00 |
| | | | | | | | | 200.00 | 200.00 |
| Account No. | | | | 8/25/2010 | | | | | |
| Bobbie S. Whitworth 477 Richburg Rd Purvis, MS 39475 | - | | | Freelance Fees | | | | | 0.00 |
| | | | | | | | | 1,685.00 | 1,685.00 |
| Account No. | | | | 8/15/2010 | | | | | |
| Bobra Crockett Hoggard 1130 Shawnee Chandler, AZ 85224 | - | | | Freelance Fees | | | | | 0.00 |
| | | | | | | | | 600.00 | 600.00 |
| Account No. | | | | 11/11/2010 | | | | | |
| Brenda Rollins 1069 Groves Drive Dalton, GA 30721 | - | | | Freelance Fees | | | | | 0.00 |
| | | | | | | | | 912.00 | 912.00 |
| Account No. | | | | 9/30/2010 | | | | | |
| Bryan LeClaire 3200 Hillsborough St. Apt. A8 Raleigh, NC 27607 | - | | | Freelance Fees | | | | | 0.00 |
| | | | | | | | | 1,035.00 | 1,035.00 |

Sheet __4__ of __30__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 4,432.00 | 4,432.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Shakespeare Squared, LLC**                                    , Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Cathryn Vaulman fl**<br>**4476 Hilltop Dr.**<br>**Loves Park, IL 61111** | - | | 11/22/2010<br><br>**Freelance Fees** | | | | 233.48 | 0.00 | 233.48 |
| Account No.<br><br>**Celeste Conway**<br>**135 West 96th St.**<br>**7G**<br>**New York, NY 10025** | - | | 9/1/2010<br><br>**Freelance Fees** | | | | 440.00 | 0.00 | 440.00 |
| Account No.<br><br>**Celeste Hansen**<br>**100 North Parkway**<br>**Prospect Heights, IL 60070** | - | | 9/20/2010<br><br>**Freelance Fees** | | | | 600.00 | 0.00 | 600.00 |
| Account No.<br><br>**Charlotte LoBuono**<br>**325 Willow Ave.**<br>**#5B**<br>**Hoboken, NJ 07030** | - | | 8/11/2010<br><br>**Freelance Fees** | | | | 80.00 | 0.00 | 80.00 |
| Account No.<br><br>**Cheryl Bliss**<br>**10108 Lindshire Ln.**<br>**Austin, TX 78748** | - | | 11/16/2010<br><br>**Freelance Fees** | | | | 72.50 | 0.00 | 72.50 |

Sheet _5_ of _30_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 1,425.98 | 1,425.98 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Shakespeare Squared, LLC**                                          ,    Case No. _____
                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community — H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 8/12/2010 | | | | | | |
| Cherylyn Washington 287 West 147th Street #3B New York, NY 10039 | - | | Freelance Fees | | | | 100.00 | 0.00 | 100.00 |
| Account No. | | | 12/15/10 | | | | | | |
| Chicago Microsystems Inc 1825 Elmdale Ave Glenview, IL 60025 | - | | Vendor Fees | | | | 992.00 | 0.00 | 992.00 |
| Account No. | | | 11/22/2010 | | | | | | |
| Christie Pfenninger 11608 Natrona Dr. Austin, TX 78759 | - | | Freelance Fees | | | | 134.00 | 0.00 | 134.00 |
| Account No. | | | 8/30/2010 | | | | | | |
| Christina Taylor 367 W. Columbus St. Pickerington, OH 43147 | - | | Freelance Fees | | | | 300.00 | 0.00 | 300.00 |
| Account No. | | | 9/2/2010 | | | | | | |
| Cynthia Reyes 622 St. George Richardson, TX 75081 | - | | Freelance Fees | | | | 525.00 | 0.00 | 525.00 |

Sheet _6_ of _30_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 2,051.00 | 2,051.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Shakespeare Squared, LLC**                                          ,    Case No. _____

                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Daryl Edelman**<br>**1 West Street**<br>**1905**<br>**New York, NY 10004** | - | | 8/23/2010<br><br>**Freelance Fees** | | | | 65.00 | 0.00 | 65.00 |
| Account No.<br><br>**David Larkins**<br>**1704-B Llano St.**<br>**#140**<br>**Santa Fe, NM 87505-5415** | - | | 9/16/2010<br><br>**Freelance Fees** | | | | 902.00 | 0.00 | 902.00 |
| Account No.<br><br>**Dawn De Vries**<br>**1742 Rondo St. SE**<br>**Kentwood, MI 49508** | - | | 9/30/2010<br><br>**Freelance Fees** | | | | 740.00 | 0.00 | 740.00 |
| Account No.<br><br>**Deanna Romito**<br>**283 Little Robin Rd.**<br>**Amherst, NY 14228** | - | | 11/23/2010<br><br>**Freelance Fees** | | | | 425.00 | 0.00 | 425.00 |
| Account No.<br><br>**Deneisha Johnson**<br>**2111 S. Arlington Heights Rd.**<br>**#520**<br>**Arlington Heights, IL 60005** | - | | 10/25/2010<br><br>**Freelance Fees** | | | | 1,100.00 | 0.00 | 1,100.00 |

Sheet  _7_  of  _30_  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 3,232.00 | 3,232.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Shakespeare Squared, LLC**                                              Case No. _____
_____ ,
                           Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No.<br><br>**Destiny Benjamin**<br>**561 W. Tullock St.**<br>**Bloomington, CA 92316** | - | | | 9/7/2010<br><br>**Freelance Fees** | | | | **140.00** | **0.00**<br><br>**140.00** |
| Account No.<br><br>**Diane Milne**<br>**1710 Bermuda Ct.**<br>**Safety Harbor, FL 34695** | - | | | 1/11/2011<br><br>**Freelance Fees** | | | | **1,665.00** | **0.00**<br><br>**1,665.00** |
| Account No.<br><br>**Diane Whitworth**<br>**7017 Via Valverde**<br>**San Jose, CA 95135** | - | | | 11/12/2010<br><br>**Freelance Fees** | | | | **948.00** | **0.00**<br><br>**948.00** |
| Account No.<br><br>**Elizabeth Bagby**<br>**4541 N Whipple**<br>**Chicago, IL 60625-6570** | - | | | 12/6/2010<br><br>**Freelance Fees** | | | | **3,653.00** | **0.00**<br><br>**3,653.00** |
| Account No.<br><br>**Ellen Garin**<br>**285 Fort Washington Ave.**<br>**#25**<br>**New York, NY 10032** | - | | | 10/26/2010<br><br>**Freelance Fees** | | | | **240.00** | **0.00**<br><br>**240.00** |

Sheet __8___ of __30___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | **0.00** | |
| (Total of this page) | **6,646.00** | **6,646.00** |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Shakespeare Squared, LLC** _____,    Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | 12/13/2010 | | | | | |
| End Communications 802 W. Dresser Dr. Mt. Prospect, IL 60056 | - | | | Freelance Fees | | | | | 0.00 |
| | | | | | | | | 3,422.00 | 3,422.00 |
| Account No. | | | | 8/31/2010 | | | | | |
| Erica Reckamp 5608 Smith road Crystal Lake, IL 60014 | - | | | Freelance Fees | | | | | 0.00 |
| | | | | | | | | 100.00 | 100.00 |
| Account No. | | | | 9/20/2010 | | | | | |
| Erin R. Micheletti 232 Harvest Dr. Charlottesville, VA 22903 | - | | | Freelance Fees | | | | | 0.00 |
| | | | | | | | | 408.00 | 408.00 |
| Account No. | | | | 10/25/2010 | | | | | |
| Francis Scully 939 Picheloop Pl New Orleans, LA 70119 | - | | | Freelance Fees | | | | | 0.00 |
| | | | | | | | | 175.00 | 175.00 |
| Account No. | | | | 10/20/2010 | | | | | |
| Gayle Pearson 460 Washington Blvd. #2-N Oak Park, IL 60302 | - | | | Freelance Fees | | | | | 0.00 |
| | | | | | | | | 333.00 | 333.00 |

Sheet **9** of **30** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                            0.00
(Total of this page)    4,438.00    4,438.00

B6E (Official Form 6E) (4/10) - Cont.

In re **Shakespeare Squared, LLC** _____,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Gina Knutson** <br> **3S466 Shagbark Ln** <br> **Glen Ellyn, IL 60137** | - | | 8/25/2010 <br><br> **Freelance Fees** | | | | 120.00 | 0.00 <br><br> 120.00 |
| Account No. <br><br> **Greg Bartlett** <br> **27 Blythewood Drive** <br> **Greenville, SC 29607** | - | | 8/13/2010 <br><br> **Freelance Fees** | | | | 1,270.00 | 0.00 <br><br> 1,270.00 |
| Account No. <br><br> **Gypsy Fleischman** <br> **5759 Barbara Drive** <br> **Fitchburg, WI 53711** | - | | 9/21/2010 <br><br> **Freelance Fees** | | | | 805.00 | 0.00 <br><br> 805.00 |
| Account No. <br><br> **Hannah S. Magram** <br> **3611 Gardenview Road** <br> **Baltimore, MD 21208** | - | | 10/5/2010 <br><br> **Freelance Fees** | | | | 350.00 | 0.00 <br><br> 350.00 |
| Account No. <br><br> **Jacqueline Brown** <br> **1335 Pullen Rd** <br> **Sevierville, TN 37862** | - | | 12/1/2010 <br><br> **Freelance Fees** | | | | 190.00 | 0.00 <br><br> 190.00 |

Sheet __10__ of __30__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal | 0.00 |
| (Total of this page) | 2,735.00 |
| | 2,735.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re   **Shakespeare Squared, LLC**                                        ,   Case No. _____

                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | 9/8/2010 | | | | | |
| James Spears 732 Wenson Ct. Marina, CA 93933 | - | | **Freelance Fees** | | | | | 0.00 |
| | | | | | | | 735.00 | 735.00 |
| Account No. | | | 11/22/2010 | | | | | |
| Jamie Cooper 3639 SE Francis St Portland, OR 97202 | - | | **Freelance Fees** | | | | | 0.00 |
| | | | | | | | 140.00 | 140.00 |
| Account No. | | | 8/16/2010 | | | | | |
| Jamie Peacock 2 W. Gorham St. Apt 107 Madison, WI 53703 | - | | **Freelance Fees** | | | | | 0.00 |
| | | | | | | | 125.00 | 125.00 |
| Account No. | | | 8/13/2010 | | | | | |
| Jane A. Schott 228 N. Sunbury Rd Westerville, OH 43081 | - | | **Freelance Fees** | | | | | 0.00 |
| | | | | | | | 200.00 | 200.00 |
| Account No. | | | 8/31/2010 | | | | | |
| Jane Gardner 16 Kelshill Rd Chelmsford, MA 01863 | - | | **Freelance Fees** | | | | | 0.00 |
| | | | | | | | 515.00 | 515.00 |

Sheet __11__ of __30__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 1,715.00 | 1,715.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Shakespeare Squared, LLC**                                          Case No. _____
_____ ,
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Janet Battiste** <br> **1049 W. Altgeld** <br> **Unit 2A** <br> **Chicago, IL 60614** | - | | 9/1/2010 <br><br> **Freelance Fees** | | | | <br><br><br><br> 190.00 | 0.00 <br><br><br><br> 190.00 |
| Account No. <br><br> **Janine Harrison** <br> **8802 Johnston St** <br> **Highland, IN 46322** | - | | 9/9/2010 <br><br> **Freelance Fees** | | | | <br><br><br><br> 120.00 | 0.00 <br><br><br><br> 120.00 |
| Account No. <br><br> **Jayne VanderVelde** <br> **6728 165th St** <br> **Tinley Park, IL 60477** | - | | 10/13/2010 <br><br> **Freelance Fees** | | | | <br><br><br><br> 156.00 | 0.00 <br><br><br><br> 156.00 |
| Account No. <br><br> **JCM-Tech, Inc** <br> **2761 Fishinger Rd.** <br> **Columbus, OH 43221** | - | | 9/20/2010 <br><br> **Freelance Fees** | | | | <br><br><br><br> 176.00 | 0.00 <br><br><br><br> 176.00 |
| Account No. <br><br> **Jean Iversen** <br> **689 N. Milwaukee** <br> **#2** <br> **Chicago, IL 60642** | - | | 9/1/2010 <br><br> **Freelance Fees** | | | | <br><br><br><br> 300.00 | 0.00 <br><br><br><br> 300.00 |

Sheet **12** of **30** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 942.00 | 942.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Shakespeare Squared, LLC**                                               Case No. _____
                                                                    ,
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Jeanne Morrison**<br>**23 Elks Lake Rd.**<br>**Hattiesburg, MS 39401** | - | | 8/13/2010<br><br>**Freelance Fees** | | | | **900.00** | **0.00** | **900.00** |
| Account No.<br><br>**Jeannie Anne Gudith**<br>**946 Blue Mtn. Cir.**<br>**Westlake Village, CA 91362** | - | | 11/1/2010<br><br>**Freelance Fees** | | | | **72.00** | **0.00** | **72.00** |
| Account No.<br><br>**Jennifer Barbee**<br>**1919 N. Vermont Ave.**<br>**Apt. 8**<br>**Los Angeles, CA 90027** | - | | 9/10/2010<br><br>**Freelance Fees** | | | | **125.00** | **0.00** | **125.00** |
| Account No.<br><br>**Jennifer Bivens**<br>**380 Ridge Ave.**<br>**Unit 14-3**<br>**Evanston, IL 60202** | - | | 10/12/2010<br><br>**Freelance Fees** | | | | **2,383.00** | **0.00** | **2,383.00** |
| Account No.<br><br>**Jennifer Bretz**<br>**33 W. Ontario St**<br>**# 420**<br>**Chicago, IL 60654** | - | | 11/3/2010<br><br>**Freelance Fees** | | | | **1,000.00** | **0.00** | **1,000.00** |

Sheet __13__ of __30__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal | **0.00** |
| (Total of this page) | **4,480.00**    **4,480.00** |

B6E (Official Form 6E) (4/10) - Cont.

In re   **Shakespeare Squared, LLC**                                    Case No. _____
_____,
                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Jennifer Garthe <br> 867 Heron Woods Dr <br> St. Louis, MO 63021 | - | | 8/11/2010 <br><br> Freelance Fees | | | | 30.00 | 0.00 <br><br> 30.00 |
| Account No. <br><br> Jeri Cipriano <br> 77 Washington Ave <br> Dobbs Ferry, NY 10522 | - | | 9/17/2010 <br><br> Freelance Fees | | | | 175.00 | 0.00 <br><br> 175.00 |
| Account No. <br><br> Jessica Bayliss <br> 900 University Dr <br> Apt. 1 <br> Menlo Park, CA 94025 | - | | 12/8/2010 <br><br> Freelance Fees | | | | 678.00 | 0.00 <br><br> 678.00 |
| Account No. <br><br> Jessica Quillin <br> 800 John Carlyle St. <br> #406 <br> Alexandria, VA 22314 | - | | 10/8/2010 <br><br> Freelance Fees | | | | 2,892.50 | 0.00 <br><br> 2,892.50 |
| Account No. <br><br> Jessica Ward Jones <br> 575 19th St. <br> Beaumont, TX 77706 | - | | 8/31/2010 <br><br> Freelance Fees | | | | 305.00 | 0.00 <br><br> 305.00 |

Sheet __14__ of __30__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00
(Total of this page) | 4,080.50 | 4,080.50

B6E (Official Form 6E) (4/10) - Cont.

In re    **Shakespeare Squared, LLC**                                      ,    Case No. _____
                                     Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No.                              Johanna Rosenbohm 212 Fair Ave. Rear Unit Santa Cruz, CA 95060 | - | | 11/22/2010 Freelance Fees | | | | | 476.00 | 0.00 476.00 |
| Account No.                              Joseph Staples 2053 N 725 W Centerville, UT 84014 | - | | 8/12/2010 Freelance Fees | | | | | 290.00 | 0.00 290.00 |
| Account No.                              Judy S Schmauss 184 Lincoln Pkwy Crystal Lake, IL 60014 | - | | 8/18/2010 Freelance Fees | | | | | 480.00 | 0.00 480.00 |
| Account No.                              Julia Filipski 40W930 Campton Trail Road St. Charles, IL 60175 | - | | 12/9/2010 Freelance Fees | | | | | 112.50 | 0.00 112.50 |
| Account No.                              Just Write, Inc. 1411 W. Grace 4W Chicago, IL 60613 | - | | 11/16/2010 Freelance Fees | | | | | 540.00 | 0.00 540.00 |

Sheet __15__ of __30__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 |
|---|---|---|
| | 1,898.50 | 1,898.50 |

B6E (Official Form 6E) (4/10) - Cont.

In re  **Shakespeare Squared, LLC**                                        ,    Case No. _____
                                                            Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 10/27/2010 | | | | | | |
| Kara Rae Brown 401 S. Norfolk St #210 San Mateo, CA 94401 | | - | Freelance Fees | | | | 4.50 | 0.00 | 4.50 |
| Account No. | | | 8/30/2010 | | | | | | |
| Karen Herzoff 1811 N. Halsted St. Ground Chicago, IL 60614 | | - | Freelance Fees | | | | 310.00 | 0.00 | 310.00 |
| Account No. | | | 11/8/2010 | | | | | | |
| Katherine Grepke 9119 Brooks Rd Fort Wayne, IN 46825 | | - | Freelance Fees | | | | 39.50 | 0.00 | 39.50 |
| Account No. | | | 9/27/2010 | | | | | | |
| Keena Moffett 10524 S. Lowe Chicago, IL 60628 | | - | Freelance Fees | | | | 708.00 | 0.00 | 708.00 |
| Account No. | | | 10/13/2010 | | | | | | |
| Keith Grober 7 Old Farm Road Hampton, NJ 08827 | | - | Freelance Fees | | | | 2,022.00 | 0.00 | 2,022.00 |

Sheet __16__ of __30__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                    | 0.00 |
(Total of this page)    | 3,084.00 | 3,084.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re   **Shakespeare Squared, LLC** _____ ,   Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Keith Ledet<br>24200 N. Alma School Rd.<br>#32<br>Scottsdale, AZ 85255 | - | | 9/20/2010<br><br>Freelance Fees | | | | 495.00 | 0.00 | 495.00 |
| Account No.<br><br>Kendra Cover<br>6605 Ruffner Ave.<br>Lake Balboa, CA 91406 | - | | 8/20/2010<br><br>Freelance Fees | | | | 220.00 | 0.00 | 220.00 |
| Account No.<br><br>Kenneth McGhee<br>3846 Hillbrook Rd<br>Universiity Heights, OH 44118 | - | | 10/29/2010<br><br>Freelance Fees | | | | 599.00 | 0.00 | 599.00 |
| Account No.<br><br>Kim Kearney<br>1107 Fair Oaks Avenue<br>#PMB402<br>South Pasadena, CA 91030 | - | | 9/16/2010<br><br>Freelance Fees | | | | 390.00 | 0.00 | 390.00 |
| Account No.<br><br>Kirsten Anderson<br>3 West 108th St.<br>#19<br>New York, NY 10025 | - | | 11/18/2010<br><br>Freelance Fees | | | | 1,358.00 | 0.00 | 1,358.00 |

Sheet __17__ of __30__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | 0.00 | |
|---|---|---|
| 3,062.00 | | 3,062.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Shakespeare Squared, LLC**                                                    , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Krista Tibbs**<br>**PO Box 425675**<br>**Cambridge, MA 02142** | | - | 8/13/2010<br><br>**Freelance Fees** | | | | 295.00 | 0.00<br><br>295.00 |
| Account No.<br><br>**Kristin A. Conlin**<br>**9850 Chimney Sweep Ln**<br>**Cincinnati, OH 45241** | | - | 8/17/2010<br><br>**Freelance Fees** | | | | 400.00 | 0.00<br><br>400.00 |
| Account No.<br><br>**Kristin Chong**<br>**2611 W. Lunt Ave**<br>**#2W**<br>**Chicago, IL 60645** | | - | 11/16/2010<br><br>**Freelance Fees** | | | | 1,204.50 | 0.00<br><br>1,204.50 |
| Account No.<br><br>**Leo Zimmermann**<br>**160 Marrett Rd**<br>**Lexington, MA 02421** | | - | 10/4/2010<br><br>**Freelance Fees** | | | | 1,141.00 | 0.00<br><br>1,141.00 |
| Account No.<br><br>**Linda Cernak**<br>**11 Eastbourne Dr.**<br>**Chestnut Ridge, NY 10977** | | - | 8/16/2010<br><br>**Freelance Fees** | | | | 810.00 | 0.00<br><br>810.00 |

Sheet **18** of **30** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00

3,850.50        3,850.50

B6E (Official Form 6E) (4/10) - Cont.

In re    **Shakespeare Squared, LLC**                                          ,    Case No. _____

                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 8/16/2010 | | | | | | |
| Lindsey Griffin 8305 SW 72nd Avenue 110-A Miami, FL 33143 | - | | Freelance Fees | | | | 100.00 | 0.00 | 100.00 |
| Account No. | | | 8/20/2010 | | | | | | |
| Lisa Greeves 10203 Wandering Creek Rd Vienna, VA 22182 | - | | Freelance Fees | | | | 150.00 | 0.00 | 150.00 |
| Account No. | | | 10/11/2010 | | | | | | |
| Lisa Mazza 542 Bristol Ln Elk Grove Village, IL 60007 | - | | Freelance Fees | | | | 165.00 | 0.00 | 165.00 |
| Account No. | | | 11/16/2010 | | | | | | |
| Lola Howerton 23306 Beachcomber Ln Valencia, CA 91355 | - | | Freelance Fees | | | | 866.00 | 0.00 | 866.00 |
| Account No. | | | 8/20/2010 | | | | | | |
| Lori Roberts 1618 O'Bara Court Carmel, IN 46033 | - | | Freelance Fees | | | | 150.00 | 0.00 | 150.00 |

Sheet **19** of **30** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 1,431.00 | 1,431.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Shakespeare Squared, LLC**                                                    , Case No. _____
                                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Maria Goudiss 318 Queen St. Wilmington, NC 28401 | | - | 12/6/2010 Freelance Fees | | | | 724.50 | 724.50 | 0.00 |
| Account No. Marianne Potje 425 Little Tooky Road Contoocook, NH 03229 | | - | 10/5/2010 Freelance Fees | | | | 314.00 | 314.00 | 0.00 |
| Account No. Marjorie McAtee HC 31 Box 161 Buckhannon, WV 26201 | | - | 10/1/2010 Freelance Fees | | | | 1,220.00 | 1,220.00 | 0.00 |
| Account No. Mark Harris 6637 Costello Ave. Van Nuys, CA 91405 | | - | 8/12/2010 Freelance Fees | | | | 400.00 | 400.00 | 0.00 |
| Account No. Martha E Lynch 1032 Arboretum Way Burlington, MA 01803 | | - | 8/30/2010 Freelance Fees | | | | 75.00 | 75.00 | 0.00 |

Sheet __20__ of __30__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 2,733.50 | 0.00 2,733.50 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Shakespeare Squared, LLC**                                    Case No. _____
                                                    ,
                                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Mary Denise Daley** 3922 Amherst St. Houston, TX 77005 | | - | 9/3/2010 Freelance Fees | | | | 225.00 | 0.00 | 225.00 |
| Account No. **Mary Jo Shea** 281g Franklin St. Highland, IN 46322 | | - | 12/1/2010 Freelance Fees | | | | 200.00 | 0.00 | 200.00 |
| Account No. **Matthew Werner** 925 W. Sunnyside Ave. #3 Chicago, IL 60640 | | - | 11/15/2010 Freelance Fees | | | | 392.00 | 0.00 | 392.00 |
| Account No. **Melissa A Gough** 5A Hope Chapel Lane Salisbury Mills, NY 12577 | | - | 10/1/2010 Freelance Fees | | | | 380.00 | 0.00 | 380.00 |
| Account No. **Michael J Galbraith** 8422 Rickie Ln Westland, MI 48185 | | - | 11/1/2010 Freelance Fees | | | | 210.00 | 0.00 | 210.00 |

Sheet __21__ of __30__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal | 0.00 |
| (Total of this page) | 1,407.00    1,407.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re  **Shakespeare Squared, LLC**                                         ,        Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Miranda Morley <br> 1623 Westchester Ave <br> Apt. 7 <br> Chesterton, IN 46304 | - | | 11/12/2010 <br><br> Freelance Fees | | | | 425.00 | 0.00 <br><br> 425.00 |
| Account No. <br><br> Natalie J. Swensson <br> 4108 Verner Ct. <br> Murrysville, PA 15668 | - | | 8/11/2010 <br><br> Freelance Fees | | | | 325.00 | 0.00 <br><br> 325.00 |
| Account No. <br><br> Nathan Scott McClanahan <br> 1725 Arrow Lane <br> Garland, TX 75042 | - | | 10/26/2010 <br><br> Freelance Fees | | | | 700.00 | 0.00 <br><br> 700.00 |
| Account No. <br><br> Naureen A Shakir <br> P.O. Box 408651 <br> Chicago, IL 60640 | - | | 8/30/2010 <br><br> Freelance Fees | | | | 245.00 | 0.00 <br><br> 245.00 |
| Account No. <br><br> Nicholas M Brunswick <br> 1506 Walnut <br> Wilmette, IL 60091 | - | | 12/1/2010 <br><br> Freelance Fees | | | | 2,059.00 | 0.00 <br><br> 2,059.00 |

Sheet __22__ of __30__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 3,754.00 | 3,754.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re __Shakespeare Squared, LLC_____,     Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Patricia J Sweetser 27 Apple Blossom Lane Canaan, NH 03741 | | - | 9/17/2010 Freelance Fees | | | | 240.00 | | 0.00 240.00 |
| Account No. Patricia Stahl 2026 W. Potomac Ave Chicago, IL 60622 | | - | 8/31/2010 Freelance Fees | | | | 90.00 | | 0.00 90.00 |
| Account No. Paul Hughes 2021 W Estes Chicago, IL 60645 | | - | 8/18/2010 Freelance Fees | | | | 2,000.00 | | 0.00 2,000.00 |
| Account No. Paul Ritchie 555 Red Road Seguin, TX 78155 | | - | 12/3/2010 Freelance Fees | | | | 3,323.00 | | 0.00 3,323.00 |
| Account No. Rachel Becker 3823 E. Lake Shore Dr. Wonder Lake, IL 60097 | | - | 11/17/2010 Freelance Fees | | | | 449.50 | | 0.00 449.50 |

Sheet __23__ of __30__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 6,102.50 | 6,102.50 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Shakespeare Squared, LLC**_____ ,    Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No.<br><br>**Rachel Jeanty<br>5700 Arlington Ave.<br>#3D<br>Bronx,, NY 10471** | - | | | **11/15/2010**<br><br>**Freelance Fees** | | | | 589.50 | 0.00 | 589.50 |
| Account No.<br><br>**Rebecca Hunter<br>1942 Vista Del Mar Ave.<br>Apt. 1<br>Los Angeles, CA 90068** | - | | | **9/29/2010**<br><br>**Freelance Fees** | | | | 1,190.00 | 0.00 | 1,190.00 |
| Account No.<br><br>**Rebecca Roberts<br>1402 W. Superior<br>Apt. 1R<br>Chicago, IL 60642** | - | | | **9/24/2010**<br><br>**Freelance Fees** | | | | 240.00 | 0.00 | 240.00 |
| Account No.<br><br>**Rhonda Donald<br>1737 Fairfax St.<br>Petersburg, VA 23805** | - | | | **8/20/2010**<br><br>**Freelance Fees** | | | | 1,070.00 | 0.00 | 1,070.00 |
| Account No.<br><br>**Robert Lucy<br>6031 South Ellis Ave.<br>W139<br>Chicago, IL 60637** | - | | | **12/15/2010**<br><br>**Freelance Fees** | | | | 180.00 | 0.00 | 180.00 |

Sheet __24__ of __30__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 3,269.50 | 3,269.50 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re    **Shakespeare Squared, LLC**                                              , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 11/2/2010 | | | | | |
| Rochelle Zappia 7300 Dixon St. Forest Park, IL 60130 | - | | Freelance Fees | | | | | 0.00 |
| | | | | | | | 1,153.00 | 1,153.00 |
| Account No. | | | 8/12/2010 | | | | | |
| Ronda Swaney 4713 Delta Ridge Ct Raleigh, NC 27612 | - | | Freelance Fees | | | | | 0.00 |
| | | | | | | | 615.00 | 615.00 |
| Account No. | | | 11/2/2010 | | | | | |
| Ronica Davis 518 N. May St . #1 Chicago, IL 60642 | - | | Freelance Fees | | | | | 0.00 |
| | | | | | | | 1,136.00 | 1,136.00 |
| Account No. | | | 8/11/2010 | | | | | |
| Ruchi Row 12 Rajesh Mansion, 140 Maharshi Karve Rd Churchgate Mumbai, Maharashtra. India 400 020 | - | | Freelance Fees | | | | | 0.00 |
| | | | | | | | 175.00 | 175.00 |
| Account No. | | | 8/25/2010 | | | | | |
| Ryan P. Kocian 1101 Music Ln #310 Austin, TX 78704 | - | | Freelance Fees | | | | | 0.00 |
| | | | | | | | 1,400.00 | 1,400.00 |

Sheet __25__ of __30__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 4,479.00 | 4,479.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Shakespeare Squared, LLC** _____,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 8/25/2010 | | | | | |
| Sabrina Indyk 600 N. Dearborn St #1508 Chicago, IL 60654 | - | | Freelance Fees | | | | | 0.00 |
| | | | | | | | 3,496.00 | 3,496.00 |
| Account No. | | | 11/17/2010 | | | | | |
| Sally La Luzerne-Oi 1520 Ward Ave #202 Honolulu, HI 96822 | - | | Freelance Fees | | | | | 0.00 |
| | | | | | | | 459.50 | 459.50 |
| Account No. | | | 11/22/2010 | | | | | |
| Sharon Taylor 5704 Skyview Place El Sobrante, CA 94803 | - | | Freelance Fees | | | | | 0.00 |
| | | | | | | | 419.50 | 419.50 |
| Account No. | | | 11/15/2010 | | | | | |
| Shawn Flemming 712 W. Grace #1S Chicago, IL 60613 | - | | Freelance Fees | | | | | 0.00 |
| | | | | | | | 1,390.00 | 1,390.00 |
| Account No. | | | 8/11/2010 | | | | | |
| Sheila Buff 500 Milan Hill Road Milan, NY 12571 | - | | Freelance Fees | | | | | 0.00 |
| | | | | | | | 100.00 | 100.00 |

Sheet __26__ of __30__ continuation sheets attached to                     Subtotal | 0.00
Schedule of Creditors Holding Unsecured Priority Claims        (Total of this page) | 5,865.00 | 5,865.00

B6E (Official Form 6E) (4/10) - Cont.

In re    **Shakespeare Squared, LLC**                                                    Case No. _____
                                                              ,
                                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Sheila M Trask**<br>**2805 Gilead Brook Rd**<br>**Randolph, VT 05060** | | - | 9/30/2010<br><br>**Freelance Fees** | | | | 325.00 | 0.00<br><br>325.00 |
| Account No.<br><br>**Shelley Wake**<br>**8345 NW 66 St**<br>**#6154**<br>**Miami, FL 33166** | | - | 12/7/2010<br><br>**Freelance Fees** | | | | 15,148.00 | 0.00<br><br>15,148.00 |
| Account No.<br><br>**Stacy Kish**<br>**1701 Massachusetts Ave. NW 814 ...**<br>**Washington, DC 20036** | | - | 9/27/2010<br><br>**Freelance Fees** | | | | 440.00 | 0.00<br><br>440.00 |
| Account No.<br><br>**Stephani Sutherland**<br>**9817 SE 12th St.**<br>**Vancouver, WA 98664** | | - | 9/1/2010<br><br>**Freelance Fees** | | | | 50.00 | 0.00<br><br>50.00 |
| Account No.<br><br>**Stephen Christian Foy**<br>**600 N. Dearborn St.**<br>**#1508**<br>**Chicago, IL 60654** | | - | 8/11/2010<br><br>**Freelance Fees** | | | | 100.00 | 0.00<br><br>100.00 |

Sheet __27__ of __30__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 16,063.00 | 16,063.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re   **Shakespeare Squared, LLC**                                          ,   Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community — H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Steven Cline**<br>**940 Hinman Ave**<br>**Evanston,, IL 60202** | - | | 10/4/2010<br><br>**Freelance Fees** | | | | 822.00 | | 0.00<br><br>822.00 |
| Account No.<br><br>**Steven M. Hoffman**<br>**1202 Sanior Avenue**<br>**West Milton, OH 45383** | - | | 8/13/2010<br><br>**Freelance Fees** | | | | 475.00 | | 0.00<br><br>475.00 |
| Account No.<br><br>**Susan Halko**<br>**9749 S. Leavitt**<br>**Chicago, IL 60643** | - | | 10/18/2010<br><br>**Freelance Fees** | | | | 475.00 | | 0.00<br><br>475.00 |
| Account No.<br><br>**Susan Mitz**<br>**51 S. Stonington Drive**<br>**Palatine, IL 60074** | - | | 11/23/2010<br><br>**Freelance Fees** | | | | 2,118.75 | | 0.00<br><br>2,118.75 |
| Account No.<br><br>**Suzy Palermo**<br>**8100 N. Wisner**<br>**Niles, IL 60714** | - | | 1/12/2011<br><br>**Wages** | | | | 283.03 | | 0.00<br><br>283.03 |

Sheet __28__ of __30__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00

4,173.78 | 4,173.78

B6E (Official Form 6E) (4/10) - Cont.

In re **Shakespeare Squared, LLC** _____,    Case No. _____

                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | 9/30/2010 | | | | | | |
| Tamar Burris PO Box 80 Petrolia, CA 95558 | - | | | Freelance Fees | | | | 200.00 | 0.00 | 200.00 |
| Account No. | | | | 8/11/2010 | | | | | | |
| Tara M. Tuckwiller 195 Wineberry Lane Charleston, WV 25302 | - | | | Freelance Fees | | | | 800.00 | 0.00 | 800.00 |
| Account No. | | | | 9/3/2010 | | | | | | |
| Vidas Barzdukas 169 Wetmore Rd. Columbus, OH 43214 | - | | | Freelance Fees | | | | 240.00 | 0.00 | 240.00 |
| Account No. | | | | 11/10/2010 | | | | | | |
| Village of Northbrook 1225 Cedar Ln Northbrook, IL 60062 | - | | | Vendor Fees | | | | 360.00 | 0.00 | 360.00 |
| Account No. | | | | 11/18/2010 | | | | | | |
| Wendy Carroll 26 West 96 St. Apt 1F New York, NY 10025 | - | | | Freelance Fees | | | | 517.00 | 0.00 | 517.00 |

Sheet __29__ of __30__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| | 0.00 | |
| 2,117.00 | | 2,117.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Shakespeare Squared, LLC**                                              ,    Case No. _____
                                                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 11/3/2010 | | | | | |
| Wildwood Ink, LLC 39486 S. Diamond Bay Dr . Tucson, AZ 85739 | - | | Freelance Fees | | | | | 0.00 |
| | | | | | | | 5,232.50 | 5,232.50 |
| Account No. | | | 9/1/2010 | | | | | |
| Zamira Skalkottas 3921 Inglewood Blvd. #106 Los Angeles, CA 90066 | - | | Freelance Fees | | | | | 0.00 |
| | | | | | | | 65.00 | 65.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet  **30**  of  **30**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | |
|---|---|---|---|
| | | 5,297.50 | 5,297.50 |
| | Total (Report on Summary of Schedules) | 0.00 | |
| | | 112,921.26 | 112,921.26 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Shakespeare Squared, LLC**                                    ,   Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**ACME Intellectual Serv. LTD**<br>**4820-1/2 N. Hermitage Ave**<br>**#1D**<br>**Chicago, IL 60640** | - | | 10/23/2008<br>**Freelance Fees** | | | | 2,746.00 |
| Account No.<br><br>**Adele-Marie Buis**<br>**8141 Lake St. 60305**<br>**River Forest, IL 60305** | | | 8/9/2010<br>**Freelance fees** | | | | 570.00 |
| Account No.  **Inv #20090178**<br><br>**AEP**<br>**510 Heron Dr Ste 201**<br>**Logan Township, NJ 08085** | - | | 6/16/2009<br>**Conference fees** | | | | 2,140.00 |
| Account No.<br><br>**Aida Damuni**<br>**603 Hillhaven Dr**<br>**San Marcos, CA 92078** | - | | 9/10/2009<br>**Freelance Fees** | | | | 430.00 |

|  |  |
|---|---|
| __38__  continuation sheets attached | Subtotal<br>(Total of this page)   5,886.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Shakespeare Squared, LLC**                                    Case No. _____
                                                    ,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | 8/2/2010 Freelance Fees | | | | |
| **Aleathea R Wiggins 6765 NW 70th Avenue Tamarac, FL 33321** | - | | | | | | | 390.00 |
| Account No. | | | | 7/30/2010 Freelance Fees | | | | |
| **Alexander Katsenelenbogen 14604 Quince Orchard Rd. Gaithersburg, MD 20878** | - | | | | | | | 1,905.00 |
| Account No. | | | | 5/12/2009 Freelance Fees | | | | |
| **Alicia Alabbas 3264 Edgewater Ave 1A Holland, MI 49424** | - | | | | | | | 750.00 |
| Account No. | | | | 7/19/2009 Freelance Fees | | | | |
| **Alison B Santmyer 2424 Concord Cir Lafayette, CO 80026** | - | | | | | | | 806.00 |
| Account No. | | | | 7/31/2009 Vendor fees | | | | |
| **Ameri-Clean Commercial Inc. 1412 Lee Rd Northbrook, IL 60062** | - | | | | | | | 239.50 |
| Sheet no. __1__ of __38__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal (Total of this page) | | | | 4,090.50 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Shakespeare Squared, LLC**                                           , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3732-778302-61007** <br><br> **American Express Credit Card** <br> **PO. Box 0001** <br> **Los Angeles, CA 90096-0001** | - | | **3/2/2010** <br> **Credit Card** | | | | **4,831.40** |
| Account No. **3767-400536-61002** <br><br> **American Express Plum Credit Card** <br> **PO Box 0001** <br> **Los Angeles, CA 90096-0001** | - | | **12/1/2009** <br> **Credit Card** | | | | **1,152.31** |
| Account No. <br><br> **Amie Jane Leavitt** <br> **911 S. 930 W.** <br> **Payson, UT 84651-3125** | | | **8/4/2010** <br> **Freelance Fees** | | | | **186.00** |
| Account No. <br><br> **Amy Jorgensen** <br> **6201 Jamestown Court** <br> **Apt. D** <br> **Evansville, IN 47715** | - | | **7/6/2010** <br> **Freelance Fees** | | | | **490.00** |
| Account No. <br><br> **Amy Weber** <br> **464 Broadview Ave.** <br> **Highland Park, IL 60035** | - | | **11/2/2009** <br> **Freelance Fees** | | | | **2,515.00** |

Sheet no. __2___ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **9,174.71**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Shakespeare Squared, LLC**                                              ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Anastasia L Misakian<br>1822 22nd Avenue<br>San Francisco, CA 94122** | - | | | 8/10/2010<br>**Freelance Fees** | | | | 345.00 |
| Account No.<br><br>**Andrea Kingston<br>34 Luella St.<br>Rochester, NY 14609** | - | | | 7/30/2010<br>**Freelance Fees** | | | | 1,135.00 |
| Account No.<br><br>**Annette P. Strauch<br>1348 S. Finley Rd<br>#1Q<br>Lombard, IL 60148** | - | | | 7/27/2010<br>**Freelance Fees** | | | | 900.00 |
| Account No.<br><br>**Annika Smith<br>11901 Santa Monica Blvd. 383<br>Los Angeles, CA 90025** | - | | | 8/2/2010<br>**Freelance Fees** | | | | 610.00 |
| Account No.<br><br>**Ashley Whitehurst<br>817 W. Addison St<br>Apt 3F<br>Chicago, IL 60613** | - | | | 8/9/2010<br>**Freelance Fees** | | | | 285.00 |

Sheet no. __3__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,275.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Shakespeare Squared, LLC** _____ ,   Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Inv 9479-UpGrade Education** | | | | 4/1/2009 **Conference fees** | | | | |
| Association of American Publishers, Inc. P O Box 95000-1206 Philidelphia, PA | - | | | | | | | 2,153.50 |
| Account No. | | | | 7/30/2010 **Freelance Fees** | | | | |
| Austin Editorial, LLC 8916 China Rose Dr Austin, TX 78724 | - | | | | | | | 1,000.00 |
| Account No. | | | | 7/26/2010 **Freelance Fees** | | | | |
| Beth Hougas 9705 Karak Rd. NE Albuquerque, NM 87122 | - | | | | | | | 665.00 |
| Account No. | | | | 4/16/2010 **Freelance Fees** | | | | |
| Biner Design 2208 Crystal Way Crystal Lake, IL 60012 | - | | | | | | | 2,540.00 |
| Account No. | | | | 7/12/2010 **Freelance Fees** | | | | |
| Bobbie S. Whitworth 477 Richburg Rd Purvis, MS 39475 | - | | | | | | | 1,045.00 |

Sheet no. __4___ of __38___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   | 7,403.50 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Shakespeare Squared, LLC**                                          ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Bottom Line Publishing Services** <br> **PO Box 331** <br> **Chilton, WI 53014-0331** | - | | 1/21/2011 <br> Freelance Fees | | | | 1,850.00 |
| Account No. **2010-043/053** <br><br> **Breakthrough Results, Inc.** <br> **501 Robinwood Lane** <br> **Wheaton, IL 60187** | - | | 9/2/2010 <br> Consulting Fees | | | | 1,800.00 |
| Account No. <br><br> **Brianne Christine Keith** <br> **4 Francis Street** <br> **Apt. 1** <br> **Belmont, MA 02478** | - | | 4/5/2010 <br> Freelance Fees | | | | 300.00 |
| Account No. <br><br> **Bryan LeClaire** <br> **3200 Hillsborough St.** <br> **Apt. A8** <br> **Raleigh, NC 27607** | - | | 8/2/2010 <br> Freelance Fees | | | | 2,045.00 |
| Account No. <br><br> **Carolyn Chmiel** <br> **1705 Lake St** <br> **Evanston, IL 60201** | - | | 1/2/2009 <br> Wages | | | | 376.42 |

Sheet no. __5__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | 6,371.42 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Shakespeare Squared, LLC**                                          ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 7/30/2009<br>small claims | | | | |
| Catherine Frances Shapiro<br>1760 Longvalley Rd<br>Glenview, IL 60025 | - | | | | | | | 1,910.00 |
| Account No. | | | | 8/2/2010<br>Freelance Fees | | | | |
| Cathy Hur Hsu<br>1255 Beach Park Blvd<br>Foster City, CA 94404 | - | | | | | | | 600.00 |
| Account No. | | | | 8/2/2010<br>Freelance Fees | | | | |
| Cecelia Stephens<br>1256 Tesoro Way<br>Corona, CA 92879 | - | | | | | | | 210.00 |
| Account No. | | | | 1/2/2009<br>Wages | | | | |
| Charles E. Canning<br>1436 SHIRE CIRCLE<br>INVERNESS, IL 60067 | - | | | | | | | 2,053.38 |
| Account No. | | | | 7/30/2010<br>Freelance Fees | | | | |
| Charlotte LoBuono<br>325 Willow Ave.<br>#5B<br>Hoboken, NJ 07030 | - | | | | | | | 895.00 |

Sheet no. __6__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              5,668.38

B6F (Official Form 6F) (12/07) - Cont.

In re    **Shakespeare Squared, LLC**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Cheryl K Morrissette**<br>**10912 Heatherwood Drive**<br>**Spotsylvania, VA 22553** | - | | | 8/2/2010<br>**Freelance Fees** | | | | 580.00 |
| Account No.<br><br>**Chicago Microsystems Inc**<br>**1825 Elmdale Ave**<br>**Glenview, IL 60025** | - | | | 8/6/2010<br>**Vendor fees** | | | | 2,608.00 |
| Account No.<br><br>**Chicago Microsystems Inc**<br>**1825 Elmdale Ave**<br>**Glenview, IL 60025** | - | | | 12/15/2010<br>**Vendor Fees** | | | | 992.00 |
| Account No.<br><br>**Christina M Pulles**<br>**1575 Buckthorn Drive**<br>**Hoffman Estates, IL 60192** | - | | | 12/21/2009<br>**Freelance Fees** | | | | 1,528.75 |
| Account No.<br><br>**Christina Taylor**<br>**367 W. Columbus St.**<br>**Pickerington, OH 43147** | - | | | 7/30/2010<br>**Freelance Fees** | | | | 495.00 |

Sheet no. __7__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,203.75

B6F (Official Form 6F) (12/07) - Cont.

In re  **Shakespeare Squared, LLC**                                              ,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | - | | 8/4/2010 Freelance Fees | | | | |
| Claudette Pendleton 12 Olympic Village 2D Chicago Heights, IL 60411 | | | | | | | | 735.00 |
| Account No. **-9001** | | - | | | | | | |
| Crain Communications Inc. 16309 Collections Center Dr. Chicago, IL 60693 | | | | | | | | 750.00 |
| Account No. **9001** | | - | | 8/16/2010 | | | | |
| Crain Communications Inc. 16309 Collections Center Dr. Chicago, IL 60693 | | | | | | | | 750.00 |
| Account No. **Inv # 2010-254** | | - | | 10/6/2010 | | | | |
| Creative Pension Design, Inc. 853 N Quentin Road #323 Palatine, IL 60067 | | | | | | | | 2,100.00 |
| Account No. | | - | | 3/12/2010 Freelance Fees | | | | |
| Daniel S. Parent 65953 De Soto Bluffs Dr De Soto, WI 54624-6503 | | | | | | | | 3,245.00 |

Sheet no. __8___ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **7,580.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Shakespeare Squared, LLC** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Danielle Wirtz**<br>**2575 Bridlewood Lane**<br>**Smyrna,, GA 30080** | - | | | 8/2/2010<br>**Freelance Fees** | | | | 129.00 |
| Account No.<br><br>**Dave Buesing**<br>**3820 N. Charlemagne Dr**<br>**Hoffman Estates, IL 60192** | - | | | 8/11/2009<br>**Freelance Fees** | | | | 280.00 |
| Account No.<br><br>**David K White**<br>**2136 W. Berteau Avenue**<br>**#3N**<br>**Chicago, IL 60618** | - | | | 11/9/2009<br>**Freelance Fees** | | | | 772.00 |
| Account No.<br><br>**David Larkins**<br>**1704-B Llano St**<br>**. #140**<br>**Santa Fe,, NM 87505-5415** | - | | | 7/30/2010<br>**Freelance Fees** | | | | 1,910.00 |
| Account No.<br><br>**David LeGault**<br>**230 Oak Grove St.**<br>**Apt 317**<br>**Minneapolis, MN 55403** | - | | | 8/2/2010<br>**Freelance Fees** | | | | 175.00 |

Sheet no. __9__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                3,266.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Shakespeare Squared, LLC**                                        ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | 7/29/2010 Freelance Fees | | | | |
| Dawn De Vries 1742 Rondo St. SE Kentwood,, MI 49508 | - | | | | | | | | 1,205.00 |
| Account No. | | | | | 7/30/2010 Freelance Fees | | | | |
| Destiny Benjamin 561 W. Tullock St. Bloomington, CA 92316 | - | | | | | | | | 265.00 |
| Account No. | | | | | 6/20/2010 Accounting fees | | | | |
| Dollins, Dollins & Sorinsky, Ltd. 425 Huehl Rd Building 21 Northbrook,, IL 60062 | - | | | | | | | | 8,006.81 |
| Account No. | | | | | 10/31/2010 | | | | |
| Dollins, Dollins & Sorinsky, Ltd. 425 Huehl Rd Building 21 Northbrook, IL 60062 | - | | | | | | | | 1,308.72 |
| Account No. | | | | | 4/19/2010 Freelance Fees | | | | |
| Eileen Dwyer Breeze 742 Claremont Dr Downers Grove, IL 60516 | - | | | | | | | | 477.50 |

Sheet no. __10__ of __38__ sheets attached to Schedule of                         Subtotal                 11,263.03
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Shakespeare Squared, LLC**
_____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 11/6/2009 Freelance Fees | | | | |
| Elizabeth Fiting 4843 N. Wolcott Ave 3A Chicago, IL 60640 | - | | | | | | | 310.00 |
| Account No. | | | | 8/9/2010 Freelance Fees | | | | |
| Ephraim Schwartz 2131 Alta St. Los Angeles, CA 90031 | - | | | | | | | 680.00 |
| Account No. | | | | 8/2/2010 Freelance Fees | | | | |
| Erica Reckamp 5608 Smith road Crystal Lake, IL 60014 | - | | | | | | | 774.00 |
| Account No. | | | | 2/26/2010 Freelance Fees | | | | |
| Erin Fry 510 E. Dalton Ave. Glendora, CA 91741 | - | | | | | | | 240.00 |
| Account No. | | | | 8/10/2010 Freelance Fees | | | | |
| Erin R. Micheletti 232 Harvest Dr. Charlottesville, VA 22903 | - | | | | | | | 2,860.00 |

Sheet no. __11__ of __38__ sheets attached to Schedule of                    Subtotal                 4,864.00
Creditors Holding Unsecured Nonpriority Claims                       (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Shakespeare Squared, LLC**
_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Faier & Faier** <br> **566 West Adams St.** <br> **Chicago, IL 60661** | - | | | **6/20/2010** <br> **Attorney Fees** | | | | 1,407.60 |
| Account No. <br><br> **Fuksa Khorshid, LLC** <br> **70 W Erie** <br> **3rd Floor** <br> **Chicago, IL 60654** | - | | | **8/20/2009** <br> **Freelance Fees** | | | | 997.50 |
| Account No. <br><br> **Garrett Rapp** <br> **9405 N. Alden Rd.** <br> **Harvard, IL 60033** | - | | | **7/26/2010** <br> **Freelance Fees** | | | | 810.00 |
| Account No. <br><br> **Gina Knutson** <br> **3S466 Shagbark Ln** <br> **Glen Ellyn, IL 60137** | - | | | **8/2/2010** <br> **Freelance Fees** | | | | 120.00 |
| Account No. <br><br> **Glenview Office Equipment, Inc.** <br> **1940-A Lehigh Rd** <br> **Glenview, IL 60025** | - | | | **3/3/2008** <br> **Office equiptment** | | | | 5,500.00 |

Sheet no. __12__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,835.10

B6F (Official Form 6F) (12/07) - Cont.

In re   **Shakespeare Squared, LLC** _____,   Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Gypsy Fleischman**<br>**5759 Barbara Drive**<br>**Fitchburg, WI 53711** | | - | | 7/30/2010<br>Freelance Fees | | | | 8,585.00 |
| Account No.<br><br>**Ilene Goldman**<br>**120 Village Creek Dr**<br>**Lake in the Hills, IL 60156** | | - | | 6/25/2010<br>Freelance Fees | | | | 861.00 |
| Account No. **288109**<br><br>**ISTE**<br>**180 West 8th Ave.**<br>**Suite 300**<br>**Eugene, OR 97401-2616** | | - | | 4/4/2009<br>Conference fees | | | | 89.00 |
| Account No.<br><br>**Jamie M. Popp**<br>**2174 Mint Lane**<br>**Glenview, IL 60026** | | - | | 10/5/2009<br>Freelance Fees | | | | 880.00 |
| Account No.<br><br>**Jane A. Schott**<br>**228 N. Sunbury Rd**<br>**Westerville, OH 43081** | | - | | 7/30/2010<br>Freelance Fees | | | | 680.00 |

Sheet no. **13** of **38** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,095.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Shakespeare Squared, LLC**                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Jane P. O'Halloren**<br>**3742 W. Berteau Ave.**<br>**Chicago, IL 60618** | | - | | **7/16/2010**<br>**Freelance Fees** | | | | 742.50 |
| Account No.<br><br>**Janene Hubbard Brenneman**<br>**17016 E. Costilla Ave.**<br>**Foxfield, CO 80016** | | - | | **8/2/2010**<br>**Freelance Fees** | | | | 6,300.00 |
| Account No.<br><br>**Janet Battiste**<br>**1049 W. Altgeld**<br>**Unit 2A**<br>**Chicago, IL 60614** | | - | | **8/10/2010**<br>**Freelance fees** | | | | 985.00 |
| Account No.<br><br>**Janet Cobb**<br>**4212 W. Melrose St.**<br>**Chicago, IL 60641** | | - | | **8/2/2010**<br>**Freelance Fees** | | | | 1,630.00 |
| Account No.<br><br>**Janet Hale Tabin**<br>**2660 Roslyn Lane**<br>**Highland Park, IL 60035** | | - | | **7/15/2010**<br>**Freelance Fees** | | | | 500.00 |

Sheet no. __**14**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,157.50

B6F (Official Form 6F) (12/07) - Cont.

In re   **Shakespeare Squared, LLC** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Janet L Helenthal** <br> **277 Mountain Road** <br> **Lenhartsville, PA 19534** | | - | | 2/12/2009 <br> **Freelance Fees** | | | | 300.00 |
| Account No. <br><br> **Janet Stott** <br> **695 Wendy Lane** <br> **Lucas, TX 75002** | | - | | 6/3/2010 <br> **Freelance Fees** | | | | 599.00 |
| Account No. <br><br> **Jason Charles Ewing** <br> **3752 N Sheffield Ave** <br> **Unit 3** <br> **Chicago,, IL 60613** | | - | | 7/29/2010 <br> **Consulting fees** | | | | 2,830.00 |
| Account No. <br><br> **JCM-Tech, Inc** <br> **2761 Fishinger Rd.** <br> **Columbus, OH 43221** | | - | | 8/9/10 <br> **Freelance Fees** | | | | 730.00 |
| Account No. <br><br> **Jeanne Morrison** <br> **23 Elks Lake Rd.** <br> **Hattiesburg, MS 39401** | | - | | 7/30/2010 <br> **Freelance Fees** | | | | 2,765.00 |

Sheet no. __**15**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)     7,224.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Shakespeare Squared, LLC** _____,     Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 8/9/2010 Freelance Fees | | | | |
| Jenifer A. Kooiman 9506 Ravenna Ave NE #304 Seattle, WA 98115 | - | | | | | | | 1,300.00 |
| Account No. | | | | 2/13/2009 Freelance Fees | | | | |
| Jennifer Ann Smith 935 Spaight St. #3 Madison, WI 53703 | - | | | | | | | 1,000.00 |
| Account No. | | | | 8/4/2010 Freelance Fees | | | | |
| Jennifer Barbee 1919 N. Vermont Ave. Apt. 8 Los Angeles, CA 90027 | - | | | | | | | 430.00 |
| Account No. | | | | 4/7/2010 Freelance Fees | | | | |
| Jennifer Weinstein 9438 73rd Street Kenosha, WI 53142 | - | | | | | | | 585.00 |
| Account No. | | | | 8/6/2010 Freelance fees | | | | |
| Jeri Cipriano 77 Washington Ave Dobbs Ferry, NY 10522 | - | | | | | | | 300.00 |

Sheet no. __16__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     3,615.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Shakespeare Squared, LLC** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 7/26/2010 Freelance Fees | | | | |
| Jessica Anderson 1820 Greenwood Street Evanston, IL 60201 | - | | | | | | | 2,094.00 |
| Account No. | | | | 7/29/2010 Freelance Fees | | | | |
| Jessica Quillin 800 John Carlyle St #406 Alexandria, . VA 22314-0000 | - | | | | | | | 832.00 |
| Account No. | | | | 2/24/2010 Freelance Fees | | | | |
| John Beer 5517 N. Paulina St. #1 Chicago, IL 60640 | - | | | | | | | 5,925.00 |
| Account No. | | | | 8/3/2009 Freelance Fees | | | | |
| Josee Ungaretta 1256 Pine Street Glenview, IL 60025 | - | | | | | | | 750.00 |
| Account No. | | | | 9/11/2009 Wages | | | | |
| Juliet Altun. 214 South Blvd. Unit D Evanston, IL 60202 | - | | | | | | | 368.34 |

Sheet no. __17__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    9,969.34

B6F (Official Form 6F) (12/07) - Cont.

In re    **Shakespeare Squared, LLC** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Karen Herzoff<br>1811 N. Halsted St.<br>Ground<br>Chicago,, IL 60614** | - | | | | 8/2/2010<br>**Freelance Fees** | | | | 290.00 |
| Account No.<br><br>**Karith A Humpal<br>4803 Coachlight Drive<br>West Des Moines, IA 50265** | - | | | | 1/4/2010<br>**Freelance Fees** | | | | 2,430.00 |
| Account No.<br><br>**Kate Elizabeth Curtis<br>220 Central Street<br>Apt 10<br>Stoneham, MA 02180** | - | | | | 8/3/2010<br>**Freelance Fees** | | | | 845.00 |
| Account No.<br><br>**Kathleen E Laya<br>318 Greenleaf Ave<br>Wilmette, IL 60091** | - | | | | 3/5/2010<br>**Wage DOL** | | | | 33,489.72 |
| Account No.<br><br>**Kathy R. Bretz<br>1619 Imperial Dr<br>Glenview, Il 60026** | - | | | | 3/25/2010<br>**Wages** | | | | 7,742.40 |

Sheet no. __18__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

44,797.12

B6F (Official Form 6F) (12/07) - Cont.

In re   **Shakespeare Squared, LLC**                                    ,      Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Keith Grober<br>7 Old Farm Road<br>Hampton, NJ 08827 | - | | 7/30/2010<br>Freelance Fees | | | | 1,829.00 |
| Account No.<br><br>Keith Ledet<br>24200 N. Alma School Rd<br>. #32<br>Scottsdale, AZ 85255 | - | | 8/4/2010<br>Freelance Fees | | | | 530.00 |
| Account No.<br><br>Keri Stifter<br>7624 79th Street S.<br>Cottage Grove, MN 55016 | - | | 11/16/2009<br>Freelance Fees | | | | 936.00 |
| Account No.<br><br>Kim Kearney<br>1107 Fair Oaks Avenue<br>#PMB402<br>South Pasadena, CA 91030 | - | | 8/2/2010<br>Freelance Fees | | | | 1,285.00 |
| Account No.<br><br>Kristen Senior<br>1272 Forest Glen DR S<br>Winnetka, IL 60093 | - | | 8/2/2010<br>Freelance Fees | | | | 360.00 |

Sheet no. __19__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            4,940.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Shakespeare Squared, LLC**                                    ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 8/2/2010 Freelance Fees | | | | |
| Kristin A. Conlin 9850 Chimney Sweep Ln Cincinnati, OH 45241 | - | | | | | | | 1,700.00 |
| Account No. | | | | 7/19/2010 Freelance Fees | | | | |
| Kristin Chong 2611 W. Lunt Ave #2W Chicago, IL 60645 | - | | | | | | | 295.00 |
| Account No. | | | | 8/4/2010 Freelance Fees | | | | |
| Kristin Shea 224 Elizabeth Street 12 New York, NY 10012 | - | | | | | | | 1,435.00 |
| Account No. | | | | 7/30/2009 Wages | | | | |
| Laura Dershewitz 113 S Elm St Mt Prospect, IL 60056 | - | | | | | | | 2,635.95 |
| Account No. | | | | 8/10/2010 Freelance Fees | | | | |
| Laura J Ware 28-30 37th Street Apt#1 Astoria, NY 11103 | - | | | | | | | 800.00 |

Sheet no. __20__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,865.95

B6F (Official Form 6F) (12/07) - Cont.

In re **Shakespeare Squared, LLC** _____ ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2/12/2009 Freelance Fees | | | | |
| Laurel I Haines 34-20 32nd St. Apt. 1G Astoria, NY 11106 | - | | | | | | | 1,890.00 |
| Account No. | | | | 8/2/2010 Freelance Fees | | | | |
| Leanne Kerrigan 6027 35th Pl NW Seattle, WA 98107 | - | | | | | | | 350.00 |
| Account No. | | | | 1/2/2009 Wages | | | | |
| Lee McFarlane 201 Glendale Rd Buffalo Grove, IL 60089 | | | | | | | | 2,846.04 |
| Account No. | | | | 7/30/2010 Freelance Fees | | | | |
| Lee S. Reineck 3906 Lithia Ridge Blvd Valrico, FL 33596 | - | | | | | | | 250.00 |
| Account No. | | | | 8/2/2010 Freelance Fees | | | | |
| Leo Zimmermann 160 Marrett Rd Lexington, MA 02421 | - | | | | | | | 1,595.00 |

Sheet no. __21__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    6,931.04

B6F (Official Form 6F) (12/07) - Cont.

In re  **Shakespeare Squared, LLC** _____ ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 3/31/2010 Freelance Fees | | | | |
| Linda Spencer 235 Elsinore St. Apt. 2 Concord, MA 01742 | | - | | | | | | 1,313.00 |
| Account No. | | | | 7/27/2010 Freelance Fees | | | | |
| Lindsey Griffin 8305 SW 72nd Avenue Apartment 110-A Miami, FL 33143 | | - | | | | | | 480.00 |
| Account No. | | | | 7/26/2010 Freelance Fees | | | | |
| Linsay Thomas P.O. Box 271 Fiddletown, CA 95629 | | - | | | | | | 363.00 |
| Account No. | | | | 12/22/2009 Freelance Fees | | | | |
| Lisa Benjamin 115-101 222 Street Cambria Heights, NY 11411 | | - | | | | | | 520.00 |
| Account No. | | | | 7/30/2010 Freelance Fees | | | | |
| Lisa Greeves 10203 Wandering Creek Rd Vienna, VA 22182 | | - | | | | | | 640.00 |

Sheet no. __22__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                3,316.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Shakespeare Squared, LLC**                                    ,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 3/23/2009 Freelance Fees | | | | |
| Lori Elizabeth Cawley 280 Fairview Avenue Long Valley, NJ 07853 | - | | | | | | | 250.00 |
| Account No. | | | | 7/30/2010 Freelance Fees | | | | |
| Lori Roberts 1618 O'Bara Court Carmel, IN 46033 | | | | | | | | 450.00 |
| Account No. | | | | 8/18/2009 Freelance Fees | | | | |
| Louise Tidd dba Teach-Write Co. 6 Calvin Terr. Oakhurst, NJ 07755 | - | | | | | | | 250.00 |
| Account No. | | | | 7/30/2010 Freelance Fees | | | | |
| Lynda G Huenefeld 1230 Highway J New Florence, MO 63363 | - | | | | | | | 860.00 |
| Account No. **inv # 1216** | | | | 11/3/2010 Marketing Fees | | | | |
| Macon Raine, Inc. 2380 A Prospect Drive Aurora, IL 60504 | - | | | | | | | 7,000.00 |

Sheet no. __23__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **8,810.00**

B6F (Official Form 6F) (12/07) - Cont.

In re      **Shakespeare Squared, LLC**                                    ,      Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Marcella Prokop**<br>**4401 470th Lane**<br>**Hay Springs, NE 69347** | | - | | 3/23/2009<br>Freelance Fees | | | | 875.00 |
| Account No.<br><br>**Marcus, Boxerman & Chatman, LLP**<br>**19 South Lasalle St**<br>**Suite 1500**<br>**Chicago, IL 60603** | | - | | 7/28/2010<br>Attorney Fees | | | | 11,639.55 |
| Account No.<br><br>**Marcus, Boxerman & Chatman, LLP**<br>**19 South Lasalle St**<br>**Suite 1500**<br>**Chicago, IL 60603** | | - | | 10/19/2010 | | | | 2,712.50 |
| Account No.<br><br>**Marianne Potje**<br>**425 Little Tooky Road**<br>**Contoocook, NH 03229** | | - | | 7/30/2010<br>Freelance Fees | | | | 710.00 |
| Account No.<br><br>**Marjorie McAtee**<br>**HC 31 Box 161**<br>**Buckhannon, WV 26201** | | - | | 8/2/2010<br>Freelance Fees | | | | 2,030.00 |

Sheet no. __24__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                17,967.05

B6F (Official Form 6F) (12/07) - Cont.

In re   **Shakespeare Squared, LLC**                                  ,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 7/30/2010 Freelance Fees | | | | |
| Mark Harris 6637 Costello Ave Van Nuys, CA 91405 | - | | | | | | 1,225.00 |
| Account No. | | | 7/29/2010 Freelance Fees | | | | |
| Martha E Lynch 1032 Arboretum Way Burlington, MA 01803 | - | | | | | | 215.00 |
| Account No. | | | 8/3/2010 Freelance Fees | | | | |
| Mary Denise Daley 3922 Amherst St. Houston, TX 77005 | - | | | | | | 915.00 |
| Account No. | | | 5/13/2010 Wages | | | | |
| Megan Mondi 1630 E Barberry Ln Mt Prospect, IL 60056-1512 | - | | | | | | 3,459.00 |
| Account No. | | | 8/9/2010 Freelance Fees | | | | |
| Melissa A Gough 5A Hope Chapel Lane Salisbury Mills, NY 12577 | - | | | | | | 685.00 |

Sheet no. __25__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **6,499.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Shakespeare Squared, LLC**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Melissa Carro**<br>**145 Sequoyah Lane**<br>**Nashville, TN 37221** | | - | | 11/27/2009<br>**Freelance Fees** | | | | 266.00 |
| Account No.<br><br>**Michael Sprague dba Willaine Creative Pa**<br>**246 N Garfield Ave**<br>**Mundeleine, IL 60060** | | - | | 5/31/2009<br>**Freelance Fees** | | | | 504.00 |
| Account No.<br><br>**Michael W Crockett**<br>**4534 N. Greenview Ave.**<br>**#3S**<br>**Chicago, IL 60640** | | - | | 04/05/2010<br>**Freelance Fees** | | | | 3,764.00 |
| Account No.<br><br>**Michael White**<br>**632 Bryan Avenue**<br>**Salt Lake City, UT 84105** | | - | | 06/01/2010<br>**Freelance Fees** | | | | 100.00 |
| Account No.<br><br>**Michaud Editorial Services**<br>**27 James Rd**<br>**East Durham, CT 06422** | | - | | 01/26/2009<br>**Freelance Fees** | | | | 1,050.00 |

Sheet no. __26__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    5,684.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Shakespeare Squared, LLC**                                    ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 07/22/2010 Freelance Fees | | | | |
| Michelle Zwerling 1067 Depot Rd. Gurnee, IL 60031-2017 | - | | | | | | | 350.00 |
| Account No. | | | | 08/21/2008 Vendor fees | | | | |
| Mightybytes, Inc. 5235 North Clark St Chicago, IL 60640 | - | | | | | | | 2,250.00 |
| Account No. | | | | 8/9/2010 Freelance Fees | | | | |
| Mindful Words 320 Bristol Rd. St. Louis, MO 63119 | - | | | | | | | 960.00 |
| Account No. | | | | 07/29/2010 Freelance Fees | | | | |
| Miranda Morley 1623 Westchester Ave Apt. 7 Chesterton, IN 46304 | - | | | | | | | 955.00 |
| Account No. | | | | 8/10/2010 Freelance Fees | | | | |
| Nancy Furstinger 48 Loyola Rd. Elizaville, NY 12523 | - | | | | | | | 410.00 |

Sheet no. __27__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    4,925.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Shakespeare Squared, LLC** _____ ,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Natalie J. Swensson<br>4108 Verner Ct.<br>Murrysville, PA 15668 | - | | 08/04/2010<br>Freelance Fees | | | | 1,320.00 |
| Account No.<br><br>Naureen A Shakir<br>P.O. Box 408651<br>Chicago, IL 60640 | - | | 08/02/2010<br>Freelance Fees | | | | 715.00 |
| Account No.<br><br>Nemeth Consulting<br>225 W. Olympic Pl.<br>#307<br>Seattle, WA 98119 | - | | 10/26/2009<br>Freelance Fees | | | | 340.00 |
| Account No.<br><br>Nicole Klemas<br>27 Eucalyptus Court<br>Jackson, NJ 08527 | - | | 07/20/2010<br>Freelance Fees | | | | 300.00 |
| Account No.<br><br>Nicor<br>PO Box 0632<br>Aurora, IL 60568-0001 | - | | 07/24/2009<br>Utilities | | | | 121.63 |

Sheet no. __28__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,796.63**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Shakespeare Squared, LLC**                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Noreen Sheridan**<br>**PO BOX 283**<br>**North Garden, VA 22959** | - | | 07/21/2010<br>Freelance Fees | | | | 3,000.00 |
| Account No.<br><br>**North Shore Limousine Serv., Inc.**<br>**PO Box 986**<br>**Palatine, IL 60078** | - | | 10/02/2009<br>Vendor fees | | | | 268.00 |
| Account No.<br><br>**Patricia J Sweetser**<br>**27 Apple Blossom Lane**<br>**Canaan, NH 03741** | - | | 08/03/2010<br>Freelance Fees | | | | 1,760.00 |
| Account No.<br><br>**Publishing Solutions Group**<br>**400 W Cummings Park**<br>**Suite 2600**<br>**Woburn, MA 01801** | - | | 10/12/2010 | | | | 1,850.00 |
| Account No.<br><br>**Rafael Ibay**<br>**11462 S. Marathon Ln.**<br>**Plainfield, IL 60585** | - | | 07/07/2010<br>Freelance Fees | | | | 1,340.00 |

Sheet no. __29__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                8,218.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Shakespeare Squared, LLC**                                    ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Raymond L Carlson** <br> **3340 W Lake Ave** <br> **Glenview, IL 60025** | - | | 09/24/2009 <br> past rent | | | | 29,034.23 |
| Account No. <br><br> **Rebecca Hunter** <br> **1942 Vista Del Mar Ave.** <br> **Apt. 1** <br> **Los Angeles, CA 90068** | - | | 08/04/2010 <br> Freelance Fees | | | | 2,075.00 |
| Account No. <br><br> **Rebecca Roberts** <br> **1402 W. Superior** <br> **Apt. 1R** <br> **Chicago, IL 60642** | - | | 03/29/2010 <br> Freelance Fees | | | | 1,300.00 |
| Account No. <br><br> **Renee S Biermann** <br> **55501 221st St.** <br> **Glenwood, IA 51534** | - | | 06/02/2009 <br> Freelance Fees | | | | 850.00 |
| Account No. <br><br> **Renee Skelton** <br> **843 Harned St.** <br> **5B** <br> **Perth Amboy, NJ 08861** | - | | 09/02/2009 <br> Freelance Fees | | | | 200.00 |

Sheet no. __30__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

33,459.23

B6F (Official Form 6F) (12/07) - Cont.

In re   **Shakespeare Squared, LLC** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 07/30/2010 Freelance Fees | | | | |
| Ronda Swaney 4713 Delta Ridge Ct Raleigh, NC 27612 | - | | | | | | 1,650.00 |
| Account No. | | | 07/29/2010 Freelance Fees | | | | |
| Ruchi Row 12 Rajesh Mansion 140 Maharshi Karve Rd. Churchgate Mumbai Maharashtra, India 400 020 | - | | | | | | 570.00 |
| Account No. | | | 07/29/2010 Freelance Fees | | | | |
| Ryan P. Kocian 1101 Music Ln #310 Austin, TX 78704 | - | | | | | | 2,570.00 |
| Account No. | | | 07/30/2010 Freelance Fees | | | | |
| Sabrina Indyk 600 N. Dearborn St. #1508 Chicago, IL 60654 | - | | | | | | 8,872.00 |
| Account No. | | | 04/06/2010 Freelance Fees | | | | |
| Sarah Chang 2182 N Shadow Creek Court Vernon Hills, IL 60061 | - | | | | | | 1,050.00 |

Sheet no. _**31**_ of _**38**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **14,712.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Shakespeare Squared, LLC**                                     ,      Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Sarah Colleen Frigon** <br> **5138 Mead Rd** <br> **White Bear Township, MN 55110** | - | | **07/22/2009** <br> **Freelance Fees** | | | | 3,086.00 |
| Account No. <br><br> **Sarah E Irwin** <br> **22 Washington st** <br> **Glenview, IL 60025** | - | | **09/23/2009** <br> **Freelance Fees** | | | | 200.00 |
| Account No. <br><br> **Sarah Nicole Julian** <br> **113 Countryside Dr.** <br> **Le Roy, IL 61752** | - | | **11/03/2009** <br> **Freelance Fees** | | | | 1,200.00 |
| Account No. <br><br> **Sarah Ryan** <br> **535 W. Aldine Ave.** <br> **Apt. 2N** <br> **Chicago, IL 60657** | - | | **03/03/2010** <br> **Freelance Fees** | | | | 1,300.00 |
| Account No. <br><br> **Schoenberg,Finkel, Newman &** <br> **Rosenberg LL** <br> **222 South Riverside Plaza** <br> **Suite 2100** <br> **Chicago, IL 60606** | - | | **04/13/2010** <br> **Attorney 401k** | | | | 3,025.87 |

Sheet no. __32__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,811.87

B6F (Official Form 6F) (12/07) - Cont.

In re    **Shakespeare Squared, LLC**                                              ,    Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 08/02/2010 Freelance Fees | | | | |
| Shawn Flemming 712 W. Grace #1S Chicago, IL 60613 | - | | | | | | 2,562.00 |
| Account No. | | | 08/02/2010 Freelance Fees | | | | |
| Sheila Buff 500 Milan Hill Road Milan, NY 12571 | - | | | | | | 300.00 |
| Account No. | | | 08/02/2010 Freelance Fees | | | | |
| Sheila M Trask 2805 Gilead Brook Rd Randolph, VT 05060 | - | | | | | | 195.00 |
| Account No. | | | 11/20/2009 Marketing fees | | | | |
| Silver Lining LTD 73 Richmand St. Unit 306 Attn: Ben Zayandehroudi West  Toronto, ON M5H 4E8 | - | | | | | | 1,500.00 |
| Account No. | | | 07/30/2010 Freelance Fees | | | | |
| Stacy Kish dba Earthspin Science Concept 1701 Massachusetts Ave. NW 814 Washington, DC 20036 | - | | | | | | 885.00 |

Sheet no. __33__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,442.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Shakespeare Squared, LLC**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 8/6/2010 Freelance Fees | | | | |
| Stephani Sutherland 9817 SE 12th St. Vancouver, WA 98664 | - | | | | | | | |
| | | | | | | | | 435.00 |
| Account No. | | | | 08/02/2010 Freelance Fees | | | | |
| Stephanie Langford 15740 Paseo Del Sur San Diego, CA 92127 | - | | | | | | | |
| | | | | | | | | 600.00 |
| Account No. | | | | 08/02/2010 Freelance Fees | | | | |
| Stephen Christian Foy 600 N. Dearborn St. #1508 Chicago, IL 60654 | - | | | | | | | |
| | | | | | | | | 385.00 |
| Account No. | | | | 8/9/2010 Freelance Fees | | | | |
| Steven M. Hoffman 1202 Sanior Avenue West Milton, OH 45383 | - | | | | | | | |
| | | | | | | | | 815.00 |
| Account No. | | | | 07/01/2008 Freelance Fees | | | | |
| StoneArch, Inc. 980 N Michigan Ave Suite 1085 Chicago, IL 60611 | - | | | | | | | |
| | | | | | | | | 1,750.00 |

Sheet no. __34__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,985.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Shakespeare Squared, LLC**                                      ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Susan B. Shor<br>8220 Hamlin Ave<br>Skokie, IL 60076 | | - | | 12/05/2009<br>Freelance Fees | | | | 1,560.00 |
| Account No.<br><br>Susan Romberg<br>802 Dresser Dr<br>Mt. Prospect, IL 60056 | | - | | 10/21/2009<br>Wages | | | | 3,450.00 |
| Account No.<br><br>Suzanne Sonnier<br>4335 Bobolink Terrace<br>Skokie, IL 60076 | | - | | 01/02/2009<br>Wages | | | | 733.22 |
| Account No.<br><br>Tamar Burris<br>PO Box 80<br>Petrolia, CA 95558 | | - | | 07/30/2010<br>Freelance Fees | | | | 805.00 |
| Account No.<br><br>Tara M. Tuckwiller<br>195 Wineberry Lane<br>Charleston, WV 25302 | | - | | 08/02/2010<br>Freelance Fees | | | | 1,485.00 |

Sheet no. __35__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **8,033.22**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Shakespeare Squared, LLC**                                           , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **The Burling Group, LTD** <br> **2235 North Burling Street** <br> **Chicago, IL 60614** | - | | | 10/06/2008 <br> **Claim Consulting** | | | | 7,200.00 |
| Account No. <br><br> **The Executive Profit** <br> **1121 Lake Cook Rd** <br> **Suite F** <br> **Deerfield, IL 60015** | - | | | 02/15/2009 <br> **Consulting fees** | | | | 20,250.00 |
| Account No. **SHA302** <br><br> **The Lakeshore Companies** <br> **Dept  CH 17917** <br> **Palatine, IL 60055-7917** | - | | | 07/31/2008 <br> **Vendor fees** | | | | 1,114.00 |
| Account No. <br><br> **Tom Caprel** <br> **501 Robinwood Ln.** <br> **Wheaton, IL 60189** | - | | | 05/19/2010 <br> **Consulting fees** | | | | 500.00 |
| Account No. <br><br> **Tricia Amiel** <br> **161 SW Palm Drive** <br> **Apt 207** <br> **Port St. Lucie, FL 34986** | - | | | 07/30/2010 <br> **Freelance Fees** | | | | 150.00 |

Sheet no. __36__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

29,214.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Shakespeare Squared, LLC**                                    , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **inv #UGE-001-02** <br><br> **Type A Learning Agency** <br> **311 W Superior St** <br> **Suite 214** <br> **Chicago, IL 60610** | | - | 07/25/2008 <br> **Consulting fees** | | | | 1,750.00 |
| Account No. <br><br> **Vidas Barzdukas** <br> **169 Wetmore Rd.** <br> **Columbus, OH 43214** | | - | 8/6/2010 <br> **Freelance Fees** | | | | 1,195.00 |
| Account No. <br><br> **Village Plumbing** <br> **3224 W. Lake** <br> **Glenview, IL 60026** | | - | 06/09/2009 <br> **Maintenance** | | | | 446.50 |
| Account No. <br><br> **VPG Integrated Media** <br> **200 Portland St** <br> **Suite 201** <br> **Boston, MA 0211-1701** | | - | 07/14/2008 <br> **Freelance Fees** | | | | 2,750.00 |
| Account No. <br><br> **Waterloo Education LLC** <br> **211 Dickson Drive** <br> **Suite 18** <br> **Austin, TX 78704** | | - | 12/18/2009 <br> **Freelance Fees** | | | | 667.00 |

Sheet no. __37__ of __38__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    6,808.50

B6F (Official Form 6F) (12/07) - Cont.

In re    **Shakespeare Squared, LLC**                                          ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | 07/15/2010 Freelance Fees | | | | |
| Weijun Zheng 700 Owl Creek Ln. Gurnee, IL 60031 | | - | | | | | | 500.00 |
| Account No. | | | | 04/13/2010 Freelance Fees | | | | |
| Wildwood Ink, LLC 39486 S. Diamond Bay Dr. Tucson, AZ 85739 | | - | | | | | | 2,500.00 |
| Account No. | | | | 07/01/2010 Freelance Fees | | | | |
| Ytshak Artzi 18055 N. 5th Avenue Phoenix, AZ 85023 | | - | | | | | | 500.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __38__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 3,500.00 |
|---|---|---|
|  | Total (Report on Summary of Schedules) | 361,657.84 |

B6G (Official Form 6G) (12/07)

.

In re   **Shakespeare Squared, LLC**                         ,      Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Academy Dr LLC/First Am. Properties**<br>**1731 N. Marcey Street**<br>**Suite 520 Attn: Mark Jordan**<br>**Chicago, IL 60614** | |
| **IBM Corporation**<br>**PO Box 643600**<br>**Pittsburgh, PA 15264-3600** | |
| **Wells Fargo**<br>**P.O. Box 6434**<br>**Carol Stream, IL 60197-6434** | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Shakespeare Squared, LLC**
_____
Debtor(s)

Case No. _____

Chapter  **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 8,000.00 |
| Prior to the filing of this statement I have received | $ | 8,000.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

☑ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
    **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **February 13, 2011**
_____

**/s/ Joseph E. Cohen**
**Joseph E. Cohen 3123243**
**Cohen & Krol**
**105 West Madison Street**
**Suite 1100**
**Chicago, IL 60602**
**312-368-0300  Fax: 312-368-4559**
**jcohen@cohenandkrol.com**

---

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Shakespeare Squared, LLC**

Debtor(s)

Case No.
Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    **345**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **February 13, 2011**

**/s/ Kim Kleeman**
**Kim Kleeman**/**President**
Signer/Title

Academy Dr LLC / First Am. Properties
1731 N. Marcey Street
Suite 520
Attn:Mark Jordan
Chicago, IL 60614


Academy Dr LLC/First Am. Properties
1731 N. Marcey Street
Suite 520 Attn: Mark Jordan
Chicago, IL 60614


ACME Intellectual Serv. LTD
4820-1/2 N. Hermitage Ave
#1D
Chicago, IL 60640


Adele-Marie Buis
8141 Lake St. 60305
River Forest, IL 60305


Adele-Marie Buis
8141 Lake St. 60305
River Forest, IL 60305


AEP
510 Heron Dr Ste 201
Logan Township, NJ 08085


Aida Damuni
603 Hillhaven Dr
San Marcos, CA 92078


Aleathea R Wiggins
6765 NW 70th Avenue
Tamarac, FL 33321


Alexa Stipkala
1512 Corcoran St.
NW #21
Washington, DC 20009


Alexander Katsenelenbogen
14604 Quince Orchard Rd.
Gaithersburg, MD 20878

Alexander Katsenelenbogen
4604 Quince Orchard Rd.
Gaithersburg, MD 20878


Alicia Alabbas
3264 Edgewater Ave
1A
Holland, MI 49424


Alison B Santmyer
2424 Concord Cir
Lafayette, CO 80026


Amanda M Seldera
303 S. Donald
Arlington Heights, IL 60004


Ameri-Clean Commercial Inc.
1412 Lee Rd
Northbrook, IL 60062


American Express Credit Card
PO. Box 0001
Los Angeles, CA 90096-0001


American Express Plum Credit Card
PO Box 0001
Los Angeles, CA 90096-0001


Amie Jane Leavitt
911 S. 930 W.
Payson, UT 84651-3125


Amie Jane Leavitt
911 S. 930 West
Payson, UT 84651-3125


Amita Roy Shah
4256 Cosenza Loop
San Jose, CA 95134


Amy Jorgensen
6201 Jamestown Court
Apt. D
Evansville, IN 47715

Amy Jorgensen
6201 Jamestown Court
Apt. D
Evansville, IN 47715


Amy Perry
642 Amsterdam Avenue
4B
New York, NY 10025


Amy Weber
464 Broadview Ave.
Highland Park, IL 60035


Anastasia L Misakian
1822 22nd Avenue
San Francisco, CA 94122


Andrea Kingston
34 Luella St.
Rochester, NY 14609


Andrea Kingston
34 Luella St
Rochester, NY 14609


Andrew Joiner
215 Central Street
Framingham, MA 01701


Angela Allison
110 SE Chicago
Blue Springs, MO 64014


Annette P. Strauch
1348 S. Finley Rd
#1Q
Lombard, IL 60148


Annette P. Strauch
1348 S. Finley Rd
#1Q
Lombard, IL 60148

Annika Smith
11901 Santa Monica Blvd. 383
Los Angeles, CA 90025


Annika Smith
11901 Santa Monica Blvd.
383
Los Angeles, CA 90025


Ashley Miers
1850 Taft Ave
#3
Hollywood, CA 90028


Ashley Whitehurst
817 W. Addison St
Apt 3F
Chicago, IL 60613


Association of American Publishers, Inc.
P O Box 95000-1206
Philidelphia, PA


Austin Editorial, LLC
8916 China Rose Dr
Austin, TX 78724


Barbara Pettersen
1100 Swinburn Pl
Vernon Hills, IL 60061


Beth Hougas
9705 Karak Rd. NE
Albuquerque, NM 87122


Beth LeBlanc
10384 E. Bristol Rd.
Davison, MI 48423


Biner Design
2208 Crystal Way
Crystal Lake, IL 60012

Bobbie S. Whitworth
477 Richburg Rd
Purvis, MS 39475


Bobbie S. Whitworth
477 Richburg Rd
Purvis, MS 39475


Bobra Crockett Hoggard
1130 Shawnee
Chandler, AZ 85224


Bottom Line Publishing Services
PO Box 331
Chilton, WI 53014-0331


Breakthrough Results, Inc.
501 Robinwood Lane
Wheaton, IL 60187


Brenda Rollins
1069 Groves Drive
Dalton, GA 30721


Brianne Christine Keith
4 Francis Street
Apt. 1
Belmont, MA 02478


Bryan LeClaire
3200 Hillsborough St.
Apt. A8
Raleigh, NC 27607


Bryan LeClaire
3200 Hillsborough St.
Apt. A8
Raleigh, NC 27607


Carolyn Chmiel
1705 Lake St
Evanston, IL 60201

Catherine Frances Shapiro
1760 Longvalley Rd
Glenview, IL 60025


Cathryn Vaulman fl
4476 Hilltop Dr.
Loves Park, IL 61111


Cathy Hur Hsu
1255 Beach Park Blvd
Foster City, CA 94404


Cecelia Stephens
1256 Tesoro Way
Corona, CA 92879


Celeste Conway
135 West 96th St.
7G
New York, NY 10025


Celeste Hansen
100 North Parkway
Prospect Heights, IL 60070


Charles E. Canning
1436 SHIRE CIRCLE
INVERNESS, IL 60067


Charlotte LoBuono
325 Willow Ave.
#5B
Hoboken, NJ 07030


Charlotte LoBuono
325 Willow Ave.
#5B
Hoboken, NJ 07030


Chase
PO Box 9001022
Louisville, KY 40290-1022

Cheryl Bliss
10108 Lindshire Ln.
Austin, TX 78748


Cheryl K Morrissette
10912 Heatherwood Drive
Spotsylvania, VA 22553


Cherylyn Washington
287 West 147th Street
#3B
New York, NY 10039


Chicago Microsystems Inc
1825 Elmdale Ave
Glenview, IL 60025


Chicago Microsystems Inc
1825 Elmdale Ave
Glenview, IL 60025


Chicago Microsystems Inc
1825 Elmdale Ave
Glenview, IL 60025


Christie Pfenninger
11608 Natrona Dr.
Austin, TX 78759


Christina M Pulles
1575 Buckthorn Drive
Hoffman Estates, IL 60192


Christina Taylor
367 W. Columbus St.
Pickerington, OH 43147


Christina Taylor
367 W. Columbus St.
Pickerington, OH 43147


Claudette Pendleton
12 Olympic Village
2D
Chicago Heights, IL 60411

Crain Communications Inc.
16309 Collections Center Dr.
Chicago, IL 60693


Crain Communications Inc.
16309 Collections Center Dr.
Chicago, IL 60693


Creative Pension Design, Inc.
853 N Quentin Road
#323
Palatine, IL 60067


Cynthia Reyes
622 St. George
Richardson, TX 75081


Daniel S. Parent
65953 De Soto Bluffs Dr
De Soto, WI 54624-6503


Danielle Wirtz
2575 Bridlewood Lane
Smyrna,, GA 30080


Daryl Edelman
1 West Street
1905
New York, NY 10004


Dave Buesing
3820 N. Charlemagne Dr
Hoffman Estates, IL 60192


David K White
2136 W. Berteau Avenue
#3N
Chicago, IL 60618


David Larkins
1704-B Llano St
. #140
Santa Fe,, NM 87505-5415

David Larkins
1704-B Llano St.
#140
Santa Fe, NM 87505-5415


David LeGault
230 Oak Grove St.
Apt 317
Minneapolis, MN 55403


Dawn De Vries
1742 Rondo St. SE
Kentwood,, MI 49508


Dawn De Vries
1742 Rondo St. SE
Kentwood, MI 49508


Deanna Romito
283 Little Robin Rd.
Amherst, NY 14228


Deneisha Johnson
2111 S. Arlington Heights Rd.
#520
Arlington Heights, IL 60005


Destiny Benjamin
561 W. Tullock St.
Bloomington, CA 92316


Destiny Benjamin
561 W. Tullock St.
Bloomington, CA 92316


Diane Milne
1710 Bermuda Ct.
Safety Harbor, FL 34695


Diane Whitworth
7017 Via Valverde
San Jose, CA 95135

Dollins, Dollins & Sorinsky, Ltd.
425 Huehl Rd
Building 21
Northbrook,, IL 60062


Dollins, Dollins & Sorinsky, Ltd.
425 Huehl Rd
Building 21
Northbrook, IL 60062


Eileen Dwyer Breeze
742 Claremont Dr
Downers Grove, IL 60516


Elizabeth Bagby
4541 N Whipple
Chicago, IL 60625-6570


Elizabeth Fiting
4843 N. Wolcott Ave
3A
Chicago, IL 60640


Ellen Garin
285 Fort Washington Ave.
#25
New York, NY 10032


End Communications
802 W. Dresser Dr.
Mt. Prospect, IL 60056


Ephraim Schwartz
2131 Alta St.
Los Angeles, CA 90031


Erica Reckamp
5608 Smith road
Crystal Lake, IL 60014


Erica Reckamp
5608 Smith road
Crystal Lake, IL 60014

Erin Fry
510 E. Dalton Ave.
Glendora, CA 91741


Erin R. Micheletti
232 Harvest Dr.
Charlottesville, VA 22903


Erin R. Micheletti
232 Harvest Dr.
Charlottesville, VA 22903


Faier & Faier
566 West Adams St.
Chicago, IL 60661


Francis Scully
939 Picheloop Pl
New Orleans, LA 70119


Fuksa Khorshid, LLC
70 W Erie
3rd Floor
Chicago, IL 60654


Garrett Rapp
9405 N. Alden Rd.
Harvard, IL 60033


Gayle Pearson
460 Washington Blvd.
#2-N
Oak Park, IL 60302


Gina Knutson
3S466 Shagbark Ln
Glen Ellyn, IL 60137


Gina Knutson
3S466 Shagbark Ln
Glen Ellyn, IL 60137


Glenview Office Equipment, Inc.
1940-A Lehigh Rd
Glenview, IL 60025

Greg Bartlett
27 Blythewood Drive
Greenville, SC 29607


Gypsy Fleischman
5759 Barbara Drive
Fitchburg, WI 53711


Gypsy Fleischman
5759 Barbara Drive
Fitchburg, WI 53711


Hannah S. Magram
3611 Gardenview Road
Baltimore, MD 21208


Harris Bank
111 W. Monroe St.
4th Floor West
Special Asset Management
Chicago, IL 60603


IBM Corporation
PO Box 643600
Pittsburgh, PA 15264-3600


Ilene Goldman
120 Village Creek Dr
Lake in the Hills, IL 60156


ISTE
180 West 8th Ave.
Suite 300
Eugene, OR 97401-2616


Jacqueline Brown
1335 Pullen Rd
Sevierville, TN 37862


James Spears
732 Wenson Ct.
Marina, CA 93933

Jamie Cooper
3639 SE Francis St
Portland, OR 97202


Jamie M. Popp
2174 Mint Lane
Glenview, IL 60026


Jamie Peacock
2 W. Gorham St.
Apt 107
Madison, WI 53703


Jane A. Schott
228 N. Sunbury Rd
Westerville, OH 43081


Jane A. Schott
228 N. Sunbury Rd
Westerville, OH 43081


Jane Gardner
16 Kelshill Rd
Chelmsford, MA 01863


Jane P. O'Halloren
3742 W. Berteau Ave.
Chicago, IL 60618


Janene Hubbard Brenneman
17016 E. Costilla Ave.
Foxfield, CO 80016


Janet Battiste
1049 W. Altgeld
Unit 2A
Chicago, IL 60614


Janet Battiste
1049 W. Altgeld
Unit 2A
Chicago, IL 60614

Janet Cobb
4212 W. Melrose St.
Chicago, IL 60641

Janet Hale Tabin
2660 Roslyn Lane
Highland Park, IL 60035

Janet L Helenthal
277 Mountain Road
Lenhartsville, PA 19534

Janet Stott
695 Wendy Lane
Lucas, TX 75002

Janine Harrison
8802 Johnston St
Highland, IN 46322

Jason Charles Ewing
3752 N Sheffield Ave
Unit 3
Chicago,, IL 60613

Jayne VanderVelde
6728 165th St
Tinley Park, IL 60477

JCM-Tech, Inc
2761 Fishinger Rd.
Columbus, OH 43221

JCM-Tech, Inc
2761 Fishinger Rd.
Columbus, OH 43221

Jean Iversen
689 N. Milwaukee
#2
Chicago, IL 60642

Jeanne Morrison
23 Elks Lake Rd.
Hattiesburg, MS 39401

Jeanne Morrison
23 Elks Lake Rd.
Hattiesburg, MS 39401


Jeannie Anne Gudith
946 Blue Mtn. Cir.
Westlake Village, CA 91362


Jenifer A. Kooiman
9506 Ravenna Ave NE
#304
Seattle, WA 98115


Jennifer Ann Smith
935 Spaight St.
#3
Madison, WI 53703


Jennifer Barbee
1919 N. Vermont Ave.
Apt. 8
Los Angeles, CA 90027


Jennifer Barbee
1919 N. Vermont Ave.
Apt. 8
Los Angeles, CA 90027


Jennifer Bivens
380 Ridge Ave.
Unit 14-3
Evanston, IL 60202


Jennifer Bretz
33 W. Ontario St
# 420
Chicago, IL 60654


Jennifer Garthe
867 Heron Woods Dr
St. Louis, MO 63021


Jennifer Weinstein
9438 73rd Street
Kenosha, WI 53142

Jeri Cipriano
77 Washington Ave
Dobbs Ferry, NY 10522


Jeri Cipriano
77 Washington Ave
Dobbs Ferry, NY 10522


Jessica Anderson
1820 Greenwood Street
Evanston, IL 60201


Jessica Bayliss
900 University Dr
Apt. 1
Menlo Park, CA 94025


Jessica Quillin
800 John Carlyle St
#406
Alexandria, . VA 22314-0000


Jessica Quillin
800 John Carlyle St.
#406
Alexandria, VA 22314


Jessica Ward Jones
575 19th St.
Beaumont, TX 77706


Johanna Rosenbohm
212 Fair Ave.
Rear Unit
Santa Cruz, CA 95060


John Beer
5517 N. Paulina St.
#1
Chicago, IL 60640


Josee Ungaretta
1256 Pine Street
Glenview, IL 60025

Joseph Staples
2053 N 725 W
Centerville, UT 84014


Judy S Schmauss
184 Lincoln Pkwy
Crystal Lake, IL 60014


Julia Filipski
40W930 Campton Trail Road
St. Charles, IL 60175


Juliet Altun.
214 South Blvd.
Unit D
Evanston, IL 60202


Just Write, Inc.
1411 W. Grace
4W
Chicago, IL 60613


Kara Rae Brown
401 S. Norfolk St
#210
San Mateo, CA 94401


Karen Herzoff
1811 N. Halsted St.
Ground
Chicago,, IL 60614


Karen Herzoff
1811 N. Halsted St.
Ground
Chicago, IL 60614


Karith A Humpal
4803 Coachlight Drive
West Des Moines, IA 50265


Kate Elizabeth Curtis
220 Central Street
Apt 10
Stoneham, MA 02180

Katherine Grepke
9119 Brooks Rd
Fort Wayne, IN 46825


Kathleen E Laya
318 Greenleaf Ave
Wilmette, IL 60091


Kathy R. Bretz
1619 Imperial Dr
Glenview, Il 60026


Keena Moffett
10524 S. Lowe
Chicago, IL 60628


Keith Grober
7 Old Farm Road
Hampton, NJ 08827


Keith Grober
7 Old Farm Road
Hampton, NJ 08827


Keith Ledet
24200 N. Alma School Rd
. #32
Scottsdale, AZ 85255


Keith Ledet
24200 N. Alma School Rd.
#32
Scottsdale, AZ 85255


Kendra Cover
6605 Ruffner Ave.
Lake Balboa, CA 91406


Kenneth McGhee
3846 Hillbrook Rd
Universiity Heights, OH 44118


Keri Stifter
7624 79th Street S.
Cottage Grove, MN 55016

Kim Kearney
1107 Fair Oaks Avenue
#PMB402
South Pasadena, CA 91030


Kim Kearney
1107 Fair Oaks Avenue
#PMB402
South Pasadena, CA 91030


Kirsten Anderson
3 West 108th St.
#19
New York, NY 10025


Krista Tibbs
PO Box 425675
Cambridge, MA 02142


Kristen Senior
1272 Forest Glen DR S
Winnetka, IL 60093


Kristin A. Conlin
9850 Chimney Sweep Ln
Cincinnati, OH 45241


Kristin A. Conlin
9850 Chimney Sweep Ln
Cincinnati, OH 45241


Kristin Chong
2611 W. Lunt Ave
#2W
Chicago, IL 60645


Kristin Chong
2611 W. Lunt Ave
#2W
Chicago, IL 60645


Kristin Shea
224 Elizabeth Street
12
New York, NY 10012

Laura Dershewitz
113 S Elm St
Mt Prospect, IL 60056


Laura J Ware
28-30 37th Street
Apt#1
Astoria, NY 11103


Laurel I Haines
34-20 32nd St.
Apt. 1G
Astoria, NY 11106


Leanne Kerrigan
6027 35th Pl NW
Seattle, WA 98107


Lee McFarlane
201 Glendale Rd
Buffalo Grove, IL 60089


Lee S. Reineck
3906 Lithia Ridge Blvd
Valrico, FL 33596


Leo Zimmermann
160 Marrett Rd
Lexington, MA 02421


Leo Zimmermann
160 Marrett Rd
Lexington, MA 02421


Linda Cernak
11 Eastbourne Dr.
Chestnut Ridge, NY 10977


Linda Spencer
235 Elsinore St.
Apt. 2
Concord, MA 01742

Lindsey Griffin
8305 SW 72nd Avenue
Apartment 110-A
Miami, FL 33143


Lindsey Griffin
8305 SW 72nd Avenue
110-A
Miami, FL 33143


Linsay Thomas
P.O. Box 271
Fiddletown, CA 95629


Lisa Benjamin
115-101 222 Street
Cambria Heights, NY 11411


Lisa Greeves
10203 Wandering Creek Rd
Vienna, VA 22182


Lisa Greeves
10203 Wandering Creek Rd
Vienna, VA 22182


Lisa Mazza
542 Bristol Ln
Elk Grove Village, IL 60007


Lola Howerton
23306 Beachcomber Ln
Valencia, CA 91355


Lori Elizabeth Cawley
280 Fairview Avenue
Long Valley, NJ 07853


Lori Roberts
1618 O'Bara Court
Carmel, IN 46033


Lori Roberts
1618 O'Bara Court
Carmel, IN 46033

Louise Tidd dba Teach-Write Co.
6 Calvin Terr.
Oakhurst, NJ 07755


Lynda G Huenefeld
1230 Highway J
New Florence, MO 63363


Macon Raine, Inc.
2380 A Prospect Drive
Aurora, IL 60504


Marcella Prokop
4401 470th Lane
Hay Springs, NE 69347


Marcus, Boxerman & Chatman, LLP
19 South Lasalle St
Suite 1500
Chicago, IL 60603


Marcus, Boxerman & Chatman, LLP
19 South Lasalle St
Suite 1500
Chicago, IL 60603


Maria Goudiss
318 Queen St.
Wilmington, NC 28401


Marianne Potje
425 Little Tooky Road
Contoocook, NH 03229


Marianne Potje
425 Little Tooky Road
Contoocook, NH 03229


Marjorie McAtee
HC 31 Box 161
Buckhannon, WV 26201


Marjorie McAtee
HC 31 Box 161
Buckhannon, WV 26201

Mark Harris
6637 Costello Ave
Van Nuys, CA 91405


Mark Harris
6637 Costello Ave.
Van Nuys, CA 91405


Martha E Lynch
1032 Arboretum Way
Burlington, MA 01803


Martha E Lynch
1032 Arboretum Way
Burlington, MA 01803


Mary Denise Daley
3922 Amherst St.
Houston, TX 77005


Mary Denise Daley
3922 Amherst St.
Houston, TX 77005


Mary Jo Shea
281g Franklin St.
Highland, IN 46322


Matthew Werner
925 W. Sunnyside Ave.
#3
Chicago, IL 60640


Megan Mondi
1630 E Barberry Ln
Mt Prospect, IL 60056-1512


Melissa A Gough
5A Hope Chapel Lane
Salisbury Mills, NY 12577


Melissa A Gough
5A Hope Chapel Lane
Salisbury Mills, NY 12577

Melissa Carro
145 Sequoyah Lane
Nashville, TN 37221


Michael J Galbraith
8422 Rickie Ln
Westland, MI 48185


Michael Sprague dba Willaine Creative Pa
246 N Garfield Ave
Mundeleine, IL 60060


Michael W Crockett
4534 N. Greenview Ave.
#3S
Chicago, IL 60640


Michael White
632 Bryan Avenue
Salt Lake City, UT 84105


Michaud Editorial Services
27 James Rd
East Durham, CT 06422


Michelle Zwerling
1067 Depot Rd.
Gurnee, IL 60031-2017


Mightybytes, Inc.
5235 North Clark St
Chicago, IL 60640


Mindful Words
320 Bristol Rd.
St. Louis, MO 63119


Miranda Morley
1623 Westchester Ave
Apt. 7
Chesterton, IN 46304

Miranda Morley
1623 Westchester Ave
Apt. 7
Chesterton, IN 46304


Nancy Furstinger
48 Loyola Rd.
Elizaville, NY 12523


Natalie J. Swensson
4108 Verner Ct.
Murrysville, PA 15668


Natalie J. Swensson
4108 Verner Ct.
Murrysville, PA 15668


Nathan Scott McClanahan
1725 Arrow Lane
Garland, TX 75042


Naureen A Shakir
P.O. Box 408651
Chicago, IL 60640


Naureen A Shakir
P.O. Box 408651
Chicago, IL 60640


Nemeth Consulting
225 W. Olympic Pl.
#307
Seattle, WA 98119


Nicholas M Brunswick
1506 Walnut
Wilmette, IL 60091


Nicole Klemas
27 Eucalyptus Court
Jackson, NJ 08527


Nicor
PO Box 0632
Aurora, IL 60568-0001

Noreen Sheridan
PO BOX 283
North Garden, VA 22959


North Shore Limousine Serv., Inc.
PO Box 986
Palatine, IL 60078


Patricia J Sweetser
27 Apple Blossom Lane
Canaan, NH 03741


Patricia J Sweetser
27 Apple Blossom Lane
Canaan, NH 03741


Patricia Stahl
2026 W. Potomac Ave
Chicago, IL 60622


Paul Hughes
2021 W Estes
Chicago, IL 60645


Paul Ritchie
555 Red Road
Seguin, TX 78155


Publishing Solutions Group
400 W Cummings Park
Suite 2600
Woburn, MA 01801


Rachel Becker
3823 E. Lake Shore Dr.
Wonder Lake, IL 60097


Rachel Jeanty
5700 Arlington Ave.
#3D
Bronx,, NY 10471


Rafael Ibay
11462 S. Marathon Ln.
Plainfield, IL 60585

Raymond L Carlson
3340 W Lake Ave
Glenview, IL 60025


Rebecca Hunter
1942 Vista Del Mar Ave.
Apt. 1
Los Angeles, CA 90068


Rebecca Hunter
1942 Vista Del Mar Ave.
Apt. 1
Los Angeles, CA 90068


Rebecca Roberts
1402 W. Superior
Apt. 1R
Chicago, IL 60642


Rebecca Roberts
1402 W. Superior
Apt. 1R
Chicago, IL 60642


Renee S Biermann
55501 221st St.
Glenwood, IA 51534


Renee Skelton
843 Harned St.
5B
Perth Amboy, NJ 08861


Rhonda Donald
1737 Fairfax St.
Petersburg, VA 23805


Robert Lucy
6031 South Ellis Ave.
W139
Chicago, IL 60637


Rochelle Zappia
7300 Dixon St.
Forest Park, IL 60130

```
Ronda Swaney
4713 Delta Ridge Ct
Raleigh, NC 27612


Ronda Swaney
4713 Delta Ridge Ct
Raleigh, NC 27612


Ronica Davis
518 N. May St
. #1
Chicago, IL 60642


Ruchi Row
12 Rajesh Mansion
140 Maharshi Karve Rd.
Churchgate Mumbai
Maharashtra, India 400 020


Ruchi Row
12 Rajesh Mansion, 140 Maharshi Karve Rd
Churchgate Mumbai,
Maharashtra. India 400 020


Ryan P. Kocian
1101 Music Ln
#310
Austin, TX 78704


Ryan P. Kocian
1101 Music Ln
#310
Austin, TX 78704


Sabrina Indyk
600 N. Dearborn St.
#1508
Chicago, IL 60654


Sabrina Indyk
600 N. Dearborn St
#1508
Chicago, IL 60654
```

Sally La Luzerne-Oi
1520 Ward Ave
#202
Honolulu, HI 96822


Sarah Chang
2182 N Shadow Creek Court
Vernon Hills, IL 60061


Sarah Colleen Frigon
5138 Mead Rd
White Bear Township, MN 55110


Sarah E Irwin
22 Washington st
Glenview, IL 60025


Sarah Nicole Julian
113 Countryside Dr.
Le Roy, IL 61752


Sarah Ryan
535 W. Aldine Ave.
Apt. 2N
Chicago, IL 60657


Schoenberg,Finkel, Newman & Rosenberg LL
222 South Riverside Plaza
Suite 2100
Chicago, IL 60606


Sharon Taylor
5704 Skyview Place
El Sobrante, CA 94803


Shawn Flemming
712 W. Grace
#1S
Chicago, IL 60613


Shawn Flemming
712 W. Grace
#1S
Chicago, IL 60613

Sheila Buff
500 Milan Hill Road
Milan, NY 12571


Sheila Buff
500 Milan Hill Road
Milan, NY 12571


Sheila M Trask
2805 Gilead Brook Rd
Randolph, VT 05060


Sheila M Trask
2805 Gilead Brook Rd
Randolph, VT 05060


Shelley Wake
8345 NW 66 St
#6154
Miami, FL 33166


Silver Lining LTD
73 Richmand St.
Unit 306
Attn: Ben Zayandehroudi
West  Toronto, ON M5H 4E8


Stacy Kish
1701 Massachusetts Ave. NW 814 ...
Washington, DC 20036


Stacy Kish dba Earthspin Science Concept
1701 Massachusetts Ave. NW
814
Washington, DC 20036


Stephani Sutherland
9817 SE 12th St.
Vancouver, WA 98664


Stephani Sutherland
9817 SE 12th St.
Vancouver, WA 98664

Stephanie Langford
15740 Paseo Del Sur
San Diego, CA 92127


Stephen Christian Foy
600 N. Dearborn St.
#1508
Chicago, IL 60654


Stephen Christian Foy
600 N. Dearborn St.
#1508
Chicago, IL 60654


Steven Cline
940 Hinman Ave
Evanston,, IL 60202


Steven M. Hoffman
1202 Sanior Avenue
West Milton, OH 45383


Steven M. Hoffman
1202 Sanior Avenue
West Milton, OH 45383


StoneArch, Inc.
980 N Michigan Ave
Suite 1085
Chicago, IL 60611


Susan B. Shor
8220 Hamlin Ave
Skokie, IL 60076


Susan Halko
9749 S. Leavitt
Chicago, IL 60643


Susan Mitz
51 S. Stonington Drive
Palatine, IL 60074

Susan Romberg
802 Dresser Dr
Mt. Prospect, IL 60056


Suzanne Sonnier
4335 Bobolink Terrace
Skokie, IL 60076


Suzy Palermo
8100 N. Wisner
Niles, IL 60714


Tamar Burris
PO Box 80
Petrolia, CA 95558


Tamar Burris
PO Box 80
Petrolia, CA 95558


Tara M. Tuckwiller
195 Wineberry Lane
Charleston, WV 25302


Tara M. Tuckwiller
195 Wineberry Lane
Charleston, WV 25302


The Burling Group, LTD
2235 North Burling Street
Chicago, IL 60614


The Executive Profit
1121 Lake Cook Rd
Suite F
Deerfield, IL 60015


The Lakeshore Companies
Dept CH 17917
Palatine, IL 60055-7917


Tom Caprel
501 Robinwood Ln.
Wheaton, IL 60189

Tricia Amiel
161 SW Palm Drive
Apt 207
Port St. Lucie, FL 34986


Type A Learning Agency
311 W Superior St
Suite 214
Chicago, IL 60610


Vidas Barzdukas
169 Wetmore Rd.
Columbus, OH 43214


Vidas Barzdukas
169 Wetmore Rd.
Columbus, OH 43214


Village of Northbrook
1225 Cedar Ln
Northbrook, IL 60062


Village Plumbing
3224 W. Lake
Glenview, IL 60026


VPG Integrated Media
200 Portland St
Suite 201
Boston, MA 0211-1701


Waterloo Education LLC
211 Dickson Drive
Suite 18
Austin, TX 78704


Weijun Zheng
700 Owl Creek Ln.
Gurnee, IL 60031


Wells Fargo
P.O. Box 6434
Carol Stream, IL 60197-6434

Wendy Carroll
26 West 96 St.
Apt 1F
New York, NY 10025


Wildwood Ink, LLC
39486 S. Diamond Bay Dr.
Tucson, AZ 85739


Wildwood Ink, LLC
39486 S. Diamond Bay Dr .
Tucson, AZ 85739


Ytshak Artzi
18055 N. 5th Avenue
Phoenix, AZ 85023


Zamira Skalkottas
3921 Inglewood Blvd.
#106
Los Angeles, CA 90066